**Fill in this information to identify your case:**

United States Bankruptcy Court for the:

EASTERN DISTRICT OF LOUISIANA

Case number *(if known)* _____  Chapter  **11**

☐ Check if this an amended filing

Official Form 201
# Voluntary Petition for Non-Individuals Filing for Bankruptcy  4/16

If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and case number (if known). For more information, a separate document, *Instructions for Bankruptcy Forms for Non-Individuals,* is available.

| | | |
|---|---|---|
| **1.** | **Debtor's name** | **Baker Ready Mix LLC** |
| **2.** | **All other names debtor used in the last 8 years** Include any assumed names, trade names and *doing business as* names | DBA  Baker Ready Mix & Building Materials |
| **3.** | **Debtor's federal Employer Identification Number** (EIN) | **68-0567392** |

| | | | |
|---|---|---|---|
| **4.** | **Debtor's address** | **Principal place of business** | **Mailing address, if different from principal place of business** |
| | | **2800 Frenchmen Street** **New Orleans, LA 70122** Number, Street, City, State & ZIP Code | **P.O. Box 52182** **New Orleans, LA 70152** P.O. Box, Number, Street, City, State & ZIP Code |
| | | **Orleans** County | **Location of principal assets, if different from principal place of business** **1118 Engineer Road Belle Chasse, LA 70037** Number, Street, City, State & ZIP Code |

| | | |
|---|---|---|
| **5.** | **Debtor's website** (URL) | **www.bakerreadymix.com** |

| | | |
|---|---|---|
| **6.** | **Type of debtor** | ■ Corporation (including Limited Liability Company (LLC) and Limited Liability Partnership (LLP)) |
| | | ☐ Partnership (excluding LLP) |
| | | ☐ Other. Specify: _____ |

Debtor **Baker Ready Mix LLC**     Case number (*if known*) _____
     Name

**7. Describe debtor's business**

A. *Check one:*
- ☐ Health Care Business (as defined in 11 U.S.C. § 101(27A))
- ☐ Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))
- ☐ Railroad (as defined in 11 U.S.C. § 101(44))
- ☐ Stockbroker (as defined in 11 U.S.C. § 101(53A))
- ☐ Commodity Broker (as defined in 11 U.S.C. § 101(6))
- ☐ Clearing Bank (as defined in 11 U.S.C. § 781(3))
- ■ None of the above

B. *Check all that apply*
- ☐ Tax-exempt entity (as described in 26 U.S.C. §501)
- ☐ Investment company, including hedge fund or pooled investment vehicle (as defined in 15 U.S.C. §80a-3)
- ☐ Investment advisor (as defined in 15 U.S.C. §80b-2(a)(11))

C. NAICS (North American Industry Classification System) 4-digit code that best describes debtor. See http://www.uscourts.gov/four-digit-national-association-naics-codes.

____

**8. Under which chapter of the Bankruptcy Code is the debtor filing?**

*Check one:*
- ☐ Chapter 7
- ☐ Chapter 9
- ■ Chapter 11. *Check all that apply*:
  - ☐ Debtor's aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $2,566,050 (amount subject to adjustment on 4/01/19 and every 3 years after that).
  - ☐ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D). If the debtor is a small business debtor, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return or if all of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).
  - ☐ A plan is being filed with this petition.
  - ☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).
  - ☐ The debtor is required to file periodic reports (for example, 10K and 10Q) with the Securities and Exchange Commission according to § 13 or 15(d) of the Securities Exchange Act of 1934. File the *attachment to Voluntary Petition for Non-Individuals Filing for Bankruptcy under Chapter 11* (Official Form 201A) with this form.
  - ☐ The debtor is a shell company as defined in the Securities Exchange Act of 1934 Rule 12b-2.
- ☐ Chapter 12

**9. Were prior bankruptcy cases filed by or against the debtor within the last 8 years?**

- ■ No.
- ☐ Yes.

If more than 2 cases, attach a separate list.

| District | When | Case number |
|---|---|---|
| _____ | _____ | _____ |
| _____ | _____ | _____ |

**10. Are any bankruptcy cases pending or being filed by a business partner or an affiliate of the debtor?**

- ■ No
- ☐ Yes.

List all cases. If more than 1, attach a separate list

| Debtor | | Relationship | |
|---|---|---|---|
| District | When | Case number, if known | |

Debtor **Baker Ready Mix LLC**     Case number (*if known*) _____
     Name

**11. Why is the case filed in *this district*?**

*Check all that apply:*

- ■ Debtor has had its domicile, principal place of business, or principal assets in this district for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other district.
- ☐ A bankruptcy case concerning debtor's affiliate, general partner, or partnership is pending in this district.

**12. Does the debtor own or have possession of any real property or personal property that needs immediate attention?**

- ■ No
- ☐ Yes. Answer below for each property that needs immediate attention. Attach additional sheets if needed.

**Why does the property need immediate attention?** (*Check all that apply.*)

- ☐ It poses or is alleged to pose a threat of imminent and identifiable hazard to public health or safety.
    What is the hazard? _____
- ☐ It needs to be physically secured or protected from the weather.
- ☐ It includes perishable goods or assets that could quickly deteriorate or lose value without attention (for example, livestock, seasonal goods, meat, dairy, produce, or securities-related assets or other options).
- ☐ Other _____

**Where is the property?** _____
    Number, Street, City, State & ZIP Code

**Is the property insured?**
- ☐ No
- ☐ Yes. Insurance agency _____
        Contact name _____
        Phone _____

■ **Statistical and administrative information**

**13. Debtor's estimation of available funds**

*Check one:*
- ■ Funds will be available for distribution to unsecured creditors.
- ☐ After any administrative expenses are paid, no funds will be available to unsecured creditors.

**14. Estimated number of creditors**

- ☐ 1-49
- ■ 50-99
- ☐ 100-199
- ☐ 200-999
- ☐ 1,000-5,000
- ☐ 5001-10,000
- ☐ 10,001-25,000
- ☐ 25,001-50,000
- ☐ 50,001-100,000
- ☐ More than 100,000

**15. Estimated Assets**

- ☐ $0 - $50,000
- ☐ $50,001 - $100,000
- ☐ $100,001 - $500,000
- ☐ $500,001 - $1 million
- ■ $1,000,001 - $10 million
- ☐ $10,000,001 - $50 million
- ☐ $50,000,001 - $100 million
- ☐ $100,000,001 - $500 million
- ☐ $500,000,001 - $1 billion
- ☐ $1,000,000,001 - $10 billion
- ☐ $10,000,000,001 - $50 billion
- ☐ More than $50 billion

**16. Estimated liabilities**

- ☐ $0 - $50,000
- ☐ $50,001 - $100,000
- ☐ $100,001 - $500,000
- ☐ $500,001 - $1 million
- ☐ $1,000,001 - $10 million
- ☐ $10,000,001 - $50 million
- ☐ $50,000,001 - $100 million
- ■ $100,000,001 - $500 million
- ☐ $500,000,001 - $1 billion
- ☐ $1,000,000,001 - $10 billion
- ☐ $10,000,000,001 - $50 billion
- ☐ More than $50 billion

Debtor **Baker Ready Mix LLC**
Name

Case number (*if known*)

### Request for Relief, Declaration, and Signatures

**WARNING --** Bankruptcy fraud is a serious crime. Making a false statement in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

**17. Declaration and signature of authorized representative of debtor**

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

I have been authorized to file this petition on behalf of the debtor.

I have examined the information in this petition and have a reasonable belief that the information is trued and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on **August 15, 2017**
MM / DD / YYYY

X **/s/ Arnold Baker**
Signature of authorized representative of debtor

**Arnold Baker**
Printed name

Title **Owner**

**18. Signature of attorney**

X **/s/ Edwin M. Shorty Jr.**
Signature of attorney for debtor

Date **August 15, 2017**
MM / DD / YYYY

**Edwin M. Shorty Jr.**
Printed name

**Edwin M. Shorty, Jr. & Associates**
Firm name

**650 Poydras Ave., Ste 2515**
**New Orleans, LA 70130**
Number, Street, City, State & ZIP Code

Contact phone **504-207-1370**   Email address **EShorty@eshortylawoffice.com**

**28421**
Bar number and State

Fill in this information to identify the case:

| | |
|---|---|
| Debtor name | **Baker Ready Mix LLC** |
| United States Bankruptcy Court for the: | EASTERN DISTRICT OF LOUISIANA |
| Case number (if known): | |

☐ Check if this is an amended filing

# Official Form 204

## Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders 12/15

A list of creditors holding the 20 largest unsecured claims must be filed in a Chapter 11 or Chapter 9 case. Include claims which the debtor disputes. Do not include claims by any person or entity who is an insider, as defined in 11 U.S.C. § 101(31). Also, do not include claims by secured creditors, unless the unsecured claim resulting from inadequate collateral value places the creditor among the holders of the 20 largest unsecured claims.

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| Amerimex<br>PO Box 23340<br>New Orleans, LA 70183 | | | | | | $7,545.73 |
| ASAP Employment Services<br>2821 Richland Avenue Suite 202<br>Metairie, LA 70002 | | | | | | $8,582.57 |
| BlackRock Aggregates<br>2800 Frenchmen St<br>New Orleans, LA 70122 | | | | | | $337,577.25 |
| BMO<br>P.O. Box 71951<br>Chicago, IL 60694 | | | | $748,291.00 | $0.00 | $748,291.00 |
| Buzzi Unicem USA<br>15293 Collections Center Drive<br>Chicago, IL 60693 | | | | | | $187,126.38 |
| Carlo Ditta Inc<br>PO Box 488<br>Harvey, LA 70059 | | | | | | $112,111.25 |
| City of New Orleans Property Tax + Sales<br>PO Box 61840<br>New Orleans, LA 70161 | | | | | | $314,370.88 |
| Daviller Law Group<br>1010 common Street Suite 2510<br>New Orleans, LA 70112 | | | | | | $18,554.66 |

Debtor **Baker Ready Mix LLC**
Name

Case number *(if known)*

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim  If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| **Dillon Bros Ready Mix**<br>11100 Almonaster Ave<br>New Orleans, LA 70129 | | | | | | $13,180.00 |
| **General Concrete Chipping**<br>PO Box 752352<br>Houston, TX 77275 | | | | | | $13,967.00 |
| **Jefferson Parish Tax assessor**<br>200 Derbigny Street, Suite 1100<br>Gretna, LA 70053 | | | | | | $57,000.00 |
| **John Georges**<br>701 Edwards Avenue<br>New Orleans, LA 70122 | | | | | | $1,703,383.23 |
| **Louisiana Department of Revenue collection division**<br>P. O. Box 201<br>Baton Rouge, LA 70821 | | | | | | $182,000.00 |
| **Masonry Products**<br>410 N Alexander Street<br>New Orleans, LA 70119 | | | | | | $4,450.00 |
| **Plaquemines Parish Property Tax**<br>302 Main Street<br>Belle Chasse, LA 70037 | | | | | | $6,673.63 |
| **Retif Oil & Fuel**<br>PO Box 918138<br>Dallas, TX 75391 | | | | | | $11,051.89 |
| **Technical Coating Services**<br>2840 Sharon Street<br>Kenner, LA 70062 | | | | | | $6,120.00 |
| **The Schafer Group**<br>701 Aurora Ave<br>Metairie, LA 70005 | | | | | | $8,965.00 |
| **Wells Fargo Bank**<br>Po Box 7648<br>Boise, ID 83707 | | front end loader | | $70,743.00 | $0.00 | $70,743.00 |

Debtor **Baker Ready Mix LLC**
Name

Case number *(if known)*

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim<br>If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| **Whitney Bank**<br>**2609 Veterans Blvd**<br>**Kenner, LA 70062** | | **1118 Engineer Rd**<br>**Bellechase, LA**<br>**70037** | | $2,677,331.00 | $56,182.00 | $2,621,149.00 |

A & E Leasing LLC
P.O. Box 52182
New Orleans, LA 70152

Alabama Pigment
PO Box 309
Green Pond, AL 35074

Amerimex
PO Box 23340
New Orleans, LA 70183

ASAP Employment Services
2821 Richland Avenue Suite 202
Metairie, LA 70002

At&t
PO Box 650448
Dallas, TX 75265

BASF
PO Box 121151
Dallas, TX 75312

BlackRock Aggregates
2800 Frenchmen St
New Orleans, LA 70122

BMO
P.O. Box 71951
Chicago, IL 60694

Buzzi Unicem USA
15293 Collections Center Drive
Chicago, IL 60693

Carlo Ditta Inc
PO Box 488
Harvey, LA 70059

Cintas Corporation
PO Box 10783
New Orleans, LA 70181

City of New Orleans Property Tax + Sales
PO Box 61840
New Orleans, LA 70161

Daviller Law Group
1010 common Street Suite 2510
New Orleans, LA 70112

De Lage Landen
PO Box 41602
Philadelphia, PA 19101

De Lage Landen
7323 Engineer Road
San Diego, CA 92111

Department of Public Safety
PO Box 61047
New Orleans, LA 70161

Diamond Software
84315 Highway 437
Covington, LA 70435

Dillon Bros Ready Mix
11100 Almonaster Ave
New Orleans, LA 70129

Express Chipping
1323-B E St Gertrude Place
Temecula, CA 92590

Freedom Alarm
1646 West Chester Pike Suite 31
West Chester, PA 19382

GE Capital Retail Bank
Post Office Box 960061
Orlando, FL 32896

General Concrete Chipping
PO Box 752352
Houston, TX 77275

Global Tracking Systems
27244 Via Industrial
Temecula, CA 92590


Goodyear Commercial Tire
300 Edwards Avenue
New Orleans, LA 70123


Jefferson Parish Tax assessor
200 Derbigny Street, Suite 1100
Gretna, LA 70053


John Georges
701 Edwards Avenue
New Orleans, LA 70122


LCCI, LLC
2034 Agriculture Street
New Orleans, LA 70122


Louisiana Department of Revenue
collection division
P. O. Box 201
Baton Rouge, LA 70821


Masonry Products
410 N Alexander Street
New Orleans, LA 70119


Mercedes Benz Financial Services
BK Servicing
P.O. Box 131265
Saint Paul, MN 55113-0011


Michael T Tusa Jr
4080 Lonesome Road suite A
Mandeville, LA 70448


Orleans parish assessors
1300 Perdido Street
City Hall room 4E01
New Orleans, LA 70130

People Ready Inc
PO Box 676412
Dallas, TX 75267


Plaquemines Parish Property Tax
302 Main Street
Belle Chasse, LA 70037


R&R Rig Service
1841 Enterprise Drive
Harvey, LA 70058


Refreshment Solutions
225 Apple Street
Norco, LA 70079


Refuel
PO Box 919221
Dallas, TX 75391


Retif Oil & Fuel
PO Box 918138
Dallas, TX 75391


Sika Corporation
23868 Network Place
Chicago, IL 60673


SOS Truck Repair
4030 Pontchartrain Dr Suite 205
Slidell, LA 70458


Southern Tire Mart
PO Box 1000 Dept 143
Memphis, TN 38148


State Machinery
PO Box 1789 160 W Airline Dr
Kenner, LA 70063


System Scale Corporation
332 Hill Avenue
Nashville, TN 37210

Technical Coating Services
2840 Sharon Street
Kenner, LA 70062

The Beta Group
PO Box 2203
Gretna, LA 70054

The Schafer Group
701 Aurora Ave
Metairie, LA 70005

Travelers
PO Box 660317
Dallas, TX 75266

United Rentals
PO Box 840514
Dallas, TX 75284

Verizon Wireless
P. O. Box 660108
Dallas, TX 75266

Waypoint Analytical
5041 Taravella Road
Marrero, LA 70072

Wells Fargo Bank
Po Box 7648
Boise, ID 83707

Whitney Bank
2609 Veterans Blvd
Kenner, LA 70062

WJS Enterprises
PO Box 54138
New Orleans, LA 70154

# United States Bankruptcy Court
### Eastern District of Louisiana

In re **Baker Ready Mix LLC**
Debtor(s)

Case No.
Chapter **11**

## CORPORATE OWNERSHIP STATEMENT (RULE 7007.1)

Pursuant to Federal Rule of Bankruptcy Procedure 7007.1 and to enable the Judges to evaluate possible disqualification or recusal, the undersigned counsel for **Baker Ready Mix LLC** in the above captioned action, certifies that the following is a (are) corporation(s), other than the debtor or a governmental unit, that directly or indirectly own(s) 10% or more of any class of the corporation's(s') equity interests, or states that there are no entities to report under FRBP 7007.1:

**Arnold Baker**
**2800 Frenchman Street**
**New Orleans, LA 70122-3000**

**WDD Investments, LLC**
**8059 Winners Cir.**
**Mandeville, LA 70448**

☐ None [*Check if applicable*]

**August 15, 2017**
Date

**/s/ Edwin M. Shorty Jr.**
**Edwin M. Shorty Jr. 28421**
Signature of Attorney or Litigant
Counsel for **Baker Ready Mix LLC**
**Edwin M. Shorty, Jr. & Associates**
**650 Poydras Ave., Ste 2515**
**New Orleans, LA 70130**
**504-207-1370 Fax:504-207-0850**
**EShorty@eshortylawoffice.com**