UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: | § | Case No. 17-12166 |
| | § | |
| BAKER READY MIX LLC, | § | Section "A" |
| | § | |
| Debtor. | § | Chapter 11 |
| | § | |

## NOTICE OF APPEARANCE AND REQUEST FOR NOTICES

**PLEASE TAKE NOTICE** that the undersigned hereby appears in the above-captioned Chapter 11 proceedings as counsel on behalf of **John Georges** ("Georges"), and requests that all Notices, Motions, Disclosure Statements, Plans, and all other pleadings, process, and Court filings, whether written or oral, and whether transmitted or conveyed by mail, electronic mail, ECF notice, hand delivery, telephone or otherwise, which affect Georges or this Chapter 11 bankruptcy case to be served upon:

Jason M. Cerise (La. #28526)
Locke Lord LLP
601 Poydras Street, Suite 2660
New Orleans, Louisiana 70130
Telephone: (504) 558-5110
Facsimile: (504) 558-5200
jcerise@lockelord.com

Omer F. Kuebel, III (La. #21682)
Locke Lord LLP
601 Poydras Street, Suite 2660
New Orleans, Louisiana 70130
Telephone: (504) 558-5155
Facsimile: (504) 558-5200
rkuebel@lockelordlord.com

Natalie M. White (La. #36723)
Locke Lord LLP
601 Poydras Street, Suite 2660
New Orleans, Louisiana 70130
Telephone: (504) 558-5100
Facsimile: (504) 558-5200
natalie.white@lockelord.com

Dated: September 22, 2017

Respectfully submitted,

*/s/ Jason M. Cerise*
Omer F. Kuebel, III (La. Bar No. 21682)
Jason M. Cerise (La Bar No. 28526)
Natalie M. White (La. Bar No. 36723)
**LOCKE LORD, LLP**
601 Poydras Street, Suite 2660
New Orleans, Louisiana 70130
Telephone: (504) 558-5210
Facsimile: (504) 558-5200
rkuebel@lockelord.com
jcerise@lockelord.com
natalie.white@lockelord.com

**COUNSEL FOR JOHN GEORGES**

**CERTIFICATE OF SERVICE**

I hereby certify that on this 22nd day of September, 2017, a copy of the foregoing document was served via the Court's CM/ECF system on all parties receiving electronic notice.

*/s/ Jason M. Cerise*
Jason M. Cerise