## IN THE UNITED STATES BANKRUPTCY COURT

## EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In the Matter of: | }{ | |
| | }{ | Case No.:17-12166 |
| **BAKER READY MIX, L.L.C.** | }{ | |
| | }{ | **Chapter: 11** |
| | }{ | |
| **Debtor(s)** | }{ | **Section: "A"** |

## RULE 1009-1 STATEMENT

NOW INTO COURT, by and through undersigned counsel, comes Baker Ready Mix, L.L.C., debtor in the above titled and numbered case, who with respect represents:

1.

Debtor desires to amend Form 204 to remove Black Rock Aggregates, L.L.C. from the list of Creditors in this matter.

2.

Debtor further desires to amended schedules A/B #55 to remove the debtors Frenchmen Street Property and accurately reflect the value for the debtors Engineers Road property.

3.

Debtor further desires to amend Schedule D to remove BMO and Mercedes Benz Financial Service Group from Schedule D to Schedule F.

4.

Debtor further desires to amend Schedule H to list Arnold Baker and A & E Leasing as co-debtors in this matter.

5.

Debtor further desires to remove the IRS from Schedule F to Schedule E.

6.

Debtor further desires to amend Schedule F to accurately reflect the Louisiana Department of Environmental Quality.

7.

Debtor further desires to amend the Statement of Financial Affairs #30 to accurately reflect insider payments in this matter.

Respectfully submitted by:

EDWIN M. SHORTY, JR. & ASSOCIATES
A PROFESSIONAL LAW CORPORATION

*Edwin M. Shorty, Jr.*
_____
EDWIN M. SHORTY, JR., LSBA # 28421
NATHAN M. CHIANTELLA, LSBA # 35450
650 Poydras Street, Suite 2515
New Orleans, Louisiana 70130
Phone: (504) 207-1370
Fax:    (504) 207-0850
Email: eshorty@eshortylawoffice.com
Email: nchiantella@eshortylawoffice.com

*Counsel for Debtor, Baker Ready Mix, L.L.C.*

**Fill in this information to identify the case:**

Debtor name   **Baker Ready Mix LLC**

United States Bankruptcy Court for the:   EASTERN DISTRICT OF LOUISIANA

Case number (if known)   **17-12166**

■ Check if this is an amended filing

## Official Form 202
# Declaration Under Penalty of Perjury for Non-Individual Debtors   12/15

An individual who is authorized to act on behalf of a non-individual debtor, such as a corporation or partnership, must sign and submit this form for the schedules of assets and liabilities, and any other document that requires a declaration that is not included in the document, and any amendments of those documents. This form must state the individual's position or relationship to the debtor, the identity of the document, and the date.  Bankruptcy Rules 1008 and 9011.

**WARNING -- Bankruptcy fraud is a serious crime.  Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both.  18 U.S.C. §§ 152, 1341, 1519, and 3571.**

### Declaration and signature

I am the president, another officer, or an authorized agent of the corporation; a member or an authorized agent of the partnership; or another individual serving as a representative of the debtor in this case.

I have examined the information in the documents checked below and I have a reasonable belief that the information is true and correct:

- ■ *Schedule A/B: Assets–Real and Personal Property* (Official Form 206A/B)
- ■ *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 206D)
- ■ *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 206E/F)
- ■ *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G)
- ■ *Schedule H: Codebtors* (Official Form 206H)
- ■ *Summary of Assets and Liabilities for Non-Individuals* (Official Form 206Sum)
- ☐ Amended *Schedule*
- ☐ *Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders* (Official Form 204)
- ☐ Other document that requires a declaration

I declare under penalty of perjury that the foregoing is true and correct.

Executed on   **September 29, 2017**          X **/s/ Arnold Baker**
                                               Signature of individual signing on behalf of debtor

                                               **Arnold Baker**
                                               Printed name

                                               **Owner**
                                               Position or relationship to debtor

Fill in this information to identify the case:

| | |
|---|---|
| Debtor name | **Baker Ready Mix LLC** |
| United States Bankruptcy Court for the: | **EASTERN DISTRICT OF LOUISIANA** |
| Case number (if known): | **17-12166** |

☑ Check if this is an

amended filing

## Official Form 204

### Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders
12/15

**A list of creditors holding the 20 largest unsecured claims must be filed in a Chapter 11 or Chapter 9 case. Include claims which the debtor disputes. Do not include claims by any person or entity who is an insider, as defined in 11 U.S.C. § 101(31).  Also, do not include claims by secured creditors, unless the unsecured claim resulting from inadequate collateral value places the creditor among the holders of the 20 largest unsecured claims.**

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | **Total claim, if partially secured** | **Deduction for value of collateral or setoff** | **Unsecured claim** |
| **Amerimex PO Box 23340 New Orleans, LA 70183** | | | | | | **$7,545.73** |
| **ASAP Employment Services 2821 Richland Avenue Suite 202 Metairie, LA 70002** | | | | | | **$8,582.57** |
| **BMO P.O. Box 71951 Chicago, IL 60694** | | | | **$748,291.00** | **$0.00** | **$748,291.00** |
| **Buzzi Unicem USA 15293 Collections Center Drive Chicago, IL 60693** | | | | | | **$187,126.38** |
| **Carlo Ditta Inc PO Box 488 Harvey, LA 70059** | | | | | | **$112,111.25** |
| **City of New Orleans Property Tax + Sales PO Box 61840 New Orleans, LA 70161** | | | | | | **$314,370.88** |
| **Daviller Law Group 1010 common Street Suite 2510 New Orleans, LA 70112** | | | | | | **$18,554.66** |
| **Dillon Bros Ready Mix 11100 Almonaster Ave New Orleans, LA 70129** | | | | | | **$13,180.00** |

Software Copyright (c) 1996-2017 Best Case, LLC - www.bestcase.com                                                                                 Best Case Bankruptcy

| Debtor | **Baker Ready Mix LLC** | | Case number *(if known)* | **17-12166** |
|---|---|---|---|---|
| | Name | | | |

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| General Concrete Chipping PO Box 752352 Houston, TX 77275 | | | | | | $13,967.00 |
| Jefferson Parish Tax assessor 200 Derbigny Street, Suite 1100 Gretna, LA 70053 | | | | | | $57,000.00 |
| John Georges 701 Edwards Avenue New Orleans, LA 70122 | | | | | | $1,703,383.23 |
| Louisiana Department of Revenue collection division P. O. Box 201 Baton Rouge, LA 70821 | | | | | | $182,000.00 |
| Masonry Products 410 N Alexander Street New Orleans, LA 70119 | | | | | | $4,450.00 |
| Plaquemines Parish Property Tax 302 Main Street Belle Chasse, LA 70037 | | | | | | $6,673.63 |
| Retif Oil & Fuel PO Box 918138 Dallas, TX 75391 | | | | | | $11,051.89 |
| Technical Coating Services 2840 Sharon Street Kenner, LA 70062 | | | | | | $6,120.00 |
| The Schafer Group 701 Aurora Ave Metairie, LA 70005 | | | | | | $8,965.00 |
| Wells Fargo Bank Po Box 7648 Boise, ID 83707 | front end loader | | | $70,743.00 | $0.00 | $70,743.00 |
| Whitney Bank 2609 Veterans Blvd Kenner, LA 70062 | 1118 Engineer Rd Bellechase, LA 70037 | | | $2,677,331.00 | $56,182.00 | $2,621,149.00 |

Software Copyright (c) 1996-2017 Best Case, LLC - www.bestcase.com          Best Case Bankruptcy

**Fill in this information to identify the case:**

Debtor name **Baker Ready Mix LLC**

United States Bankruptcy Court for the: EASTERN DISTRICT OF LOUISIANA

Case number (if known) **17-12166**

■ Check if this is an amended filing

## Official Form 206A/B
## Schedule A/B: Assets - Real and Personal Property          12/15

Disclose all property, real and personal, which the debtor owns or in which the debtor has any other legal, equitable, or future interest. Include all property in which the debtor holds rights and powers exercisable for the debtor's own benefit. Also include assets and properties which have no book value, such as fully depreciated assets or assets that were not capitalized. In Schedule A/B, list any executory contracts or unexpired leases. Also list them on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G).

Be as complete and accurate as possible. If more space is needed, attach a separate sheet to this form. At the top of any pages added, write the debtor's name and case number (if known). Also identify the form and line number to which the additional information applies. If an additional sheet is attached, include the amounts from the attachment in the total for the pertinent part.

For Part 1 through Part 11, list each asset under the appropriate category or attach separate supporting schedules, such as a fixed asset schedule or depreciation schedule, that gives the details for each asset in a particular category. List each asset only once. In valuing the debtor's interest, do not deduct the value of secured claims. See the instructions to understand the terms used in this form.

| Part 1: | Cash and cash equivalents |
|---|---|

**1. Does the debtor have any cash or cash equivalents?**

☐ No.  Go to Part 2.
■ Yes Fill in the information below.

| All cash or cash equivalents owned or controlled by the debtor | Current value of debtor's interest |
|---|---|

3.   **Checking, savings, money market, or financial brokerage accounts** *(Identify all)*

| | Name of institution (bank or brokerage firm) | Type of account | Last 4 digits of account number | Current value of debtor's interest |
|---|---|---|---|---|
| 3.1. | **Allegiance Bank** | **Business Checking** | **2898** | $124.00 |
| 3.2. | **First NBC Bank** | **Business Checking** | **1338** | $400.00 |
| 3.3. | **Florida Parish Bank** | **Business Checking** | **5542** | $127.00 |
| 3.4. | **First Bank & Trust** | **Business Checking** | **6750** | $0.00 |
| 3.5. | **Chase Bank** | **Business Checking** | **8768** | $0.00 |

4.   **Other cash equivalents** *(Identify all)*

5.   **Total of Part 1.**
     Add lines 2 through 4 (including amounts on any additional sheets). Copy the total to line 80.

$651.00

| Part 2: | Deposits and Prepayments |
|---|---|

Software Copyright (c) 1996-2017 Best Case, LLC - www.bestcase.com                    Best Case Bankruptcy

| Debtor | **Baker Ready Mix LLC** | Case number *(If known)* **17-12166** |
|---|---|---|
| | Name | |

**6. Does the debtor have any deposits or prepayments?**

☐ No.  Go to Part 3.
■ Yes Fill in the information below.

**7.**     **Deposits, including security deposits and utility deposits**
Description, including name of holder of deposit

7.1.   **Deposit on workers  comp insurance**                                    $6,237.00

**8.**     **Prepayments, including prepayments on executory contracts, leases, insurance, taxes, and rent**
Description, including name of holder of prepayment

**9.**     **Total of Part 2.**

Add lines 7 through 8. Copy the total to line 81.                        $6,237.00

**Part 3:**     **Accounts receivable**

**10. Does the debtor have any accounts receivable?**

☐ No.  Go to Part 4.
■ Yes Fill in the information below.

**11.**     **Accounts receivable**

| 11a. 90 days old or less: | **178,989.00** | - | **143,989.00** | = .... | $35,000.00 |
|---|---|---|---|---|---|
| | face amount | | doubtful or uncollectible accounts | | |

**12.**     **Total of Part 3.**

Current value on lines 11a + 11b = line 12.  Copy the total to line 82.      $35,000.00

**Part 4:**     **Investments**

**13. Does the debtor own any investments?**

■ No.  Go to Part 5.
☐ Yes Fill in the information below.

**Part 5:**     **Inventory, excluding agriculture assets**

**18. Does the debtor own any inventory (excluding agriculture assets)?**

■ No.  Go to Part 6.
☐ Yes Fill in the information below.

**Part 6:**     **Farming and fishing-related assets (other than titled motor vehicles and land)**

**27. Does the debtor own or lease any farming and fishing-related assets (other than titled motor vehicles and land)?**

■ No.  Go to Part 7.
☐ Yes Fill in the information below.

**Part 7:**     **Office furniture, fixtures, and equipment; and collectibles**

**38. Does the debtor own or lease any office furniture, fixtures, equipment, or collectibles?**

☐ No.  Go to Part 8.
■ Yes Fill in the information below.

Software Copyright (c) 1996-2017 Best Case, LLC - www.bestcase.com

Debtor    **Baker Ready Mix LLC**                                        Case number *(If known)* **17-12166**
_____
Name

| General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| 39.  **Office furniture** <br>**(15) Desk Credenzas** <br>**(7) Wood Book Cases** <br>**(22) Desk Chairs** <br>**(19 Folding Chairs** <br>**(16) Guest/ side chairs** <br>**(2) Folding Tables** <br>**(6)  Tables (20' x 8)** <br>**(6) Tables (2' x 5)** <br>**(5)  desktop Computers** <br>**(6) 4 drawers legal file cabinets** <br>**(1) 2 drawer letter file cabinet** <br>**(4) 2 drawer letter file cabinet** <br>**(4) 3 drawer letter file cabinet** <br>**(5) 2 drawer lateral file cabinet** <br>**(15) desks , credenzas, desk returns** <br><br>**(12)- 4 drawer letter file cabinet** | **$0.00** | **Comparable sale** | **$10,000.00** |
| 40.  **Office fixtures** | | | |
| 41.  **Office equipment, including all computer equipment and communication systems equipment and software** <br>**(12) IWATSU Telephone system** | **$0.00** | **Comparable sale** | **$600.00** |
| **(8) Security System with Cameras** | **Unknown** | | **Unknown** |
| **(2) Trailer 12x 70** <br>**Debtor didnt specify type** | **Unknown** | | **Unknown** |
| **Command Batch Computer Software** | **Unknown** | | **Unknown** |

42.  **Collectibles** *Examples*: Antiques and figurines; paintings, prints, or other artwork;
books, pictures, or other art objects; china and crystal; stamp, coin, or baseball card
collections; other collections, memorabilia, or collectibles

43.  **Total of Part 7.**                                                                    | **$10,600.00** |
Add lines 39 through 42.  Copy the total to line 86.

44.  **Is a depreciation schedule available for any of the property listed in Part 7?**
☑ No
☐ Yes

45.  **Has any of the property listed in Part 7 been appraised by a professional within the last year?**
☑ No
☐ Yes

| Part 8: | Machinery, equipment, and vehicles |
|---|---|

46. **Does the debtor own or lease any machinery, equipment, or vehicles?**

☐ No.  Go to Part 9.
☑ Yes Fill in the information below.

Software Copyright (c) 1996-2017 Best Case, LLC - www.bestcase.com                                        Best Case Bankruptcy

Debtor   **Baker Ready Mix LLC**                                    Case number (If known)  **17-12166**
Name

| General description<br>Include year, make, model, and identification numbers<br>(i.e., VIN, HIN, or N-number) | Net book value of<br>debtor's interest<br>(Where available) | Valuation method used<br>for current value | Current value of<br>debtor's interest |
|---|---|---|---|
| 47. **Automobiles, vans, trucks, motorcycles, trailers, and titled farm vehicles** | | | |
| 47.1. **2005 Daewoo Forklit G25E** | $0.00 | Comparable sale | $8,000.00 |
| 47.2. **Metal Block Forms**<br>**Debtor didnt provide a detail description** | Unknown | | Unknown |
| 47.3. **front end loader** | Unknown | | $0.00 |
| 48. **Watercraft, trailers, motors, and related accessories** Examples: Boats, trailers, motors,<br>floating homes, personal watercraft, and fishing vessels | | | |
| 49. **Aircraft and accessories** | | | |
| 50. **Other machinery, fixtures, and equipment (excluding farm**<br>**machinery and equipment)**<br>**(2) Two 20 ' shipping containers converted**<br>**with electrict, climate control, insulation,**<br>**shelving (batch house)** | $0.00 | Comparable sale | $4,000.00 |
| **(1) One 20 ' shipping container converted with**<br>**electrict, climate control, insulation, shelving (**<br>**File Room)** | $0.00 | Comparable sale | $2,000.00 |
| **(1) One  20 ' shipping container for standard**<br>**storage** | $0.00 | Comparable sale | $1,500.00 |
| **2008 Generator (sept Terex Super quiet Diesel** | Unknown | | Unknown |
| **Dell power edge t320 Server** | Unknown | | $0.00 |
| **Rexcon Logo 10 Transit mix Batch plant Sn**<br>**2280. (150 yard per capacity)** | Unknown | | Unknown |
| **1- cpe power station generator  5000 wt** | Unknown | | Unknown |
| **1 geerac wt generator** | $0.00 | Comparable sale | $500.00 |
| **1 John deere 6000 generator** | Unknown | Comparable sale | $2,000.00 |
| **1 rigid 8000 generator** | $0.00 | Comparable sale | $2,500.00 |

| 51. | **Total of Part 8.**<br>Add lines 47 through 50.  Copy the total to line 87. | $20,500.00 |
|---|---|---|

| Debtor | **Baker Ready Mix LLC** | | Case number *(If known)* | **17-12166** |
|---|---|---|---|---|
| | Name | | | |

**52.**   **Is a depreciation schedule available for any of the property listed in Part 8?**

☑ No
☐ Yes

**53.**   **Has any of the property listed in Part 8 been appraised by a professional within the last year?**

☑ No
☐ Yes

**Part 9:**   **Real property**

**54. Does the debtor own or lease any real property?**

☐ No.  Go to Part 10.
☑ Yes Fill in the information below.

**55.**   **Any building, other improved real estate, or land which the debtor owns or in which the debtor has an interest**

| Description and location of property<br>Include street address or other description such as Assessor Parcel Number (APN), and type of property (for example, acreage, factory, warehouse, apartment or office building, if available. | Nature and extent of debtor's interest in property | Net book value of debtor's interest<br>(Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|
| 55.1.  **1118 Engineer Rd Bellechase, LA 70037** | Ownership | Unknown | | $56,182.00 |

**56.**   **Total of Part 9.**

Add the current value on lines 55.1 through 55.6 and entries from any additional sheets. Copy the total to line 88.

| $56,182.00 |
|---|

**57.**   **Is a depreciation schedule available for any of the property listed in Part 9?**

☑ No
☐ Yes

**58.**   **Has any of the property listed in Part 9 been appraised by a professional within the last year?**

☑ No
☐ Yes

**Part 10:**   **Intangibles and intellectual property**

**59. Does the debtor have any interests in intangibles or intellectual property?**

☑ No.  Go to Part 11.
☐ Yes Fill in the information below.

**Part 11:**   **All other assets**

**70. Does the debtor own any other assets that have not yet been reported on this form?**

Include all interests in executory contracts and unexpired leases not previously reported on this form.

☐ No.  Go to Part 12.
☑ Yes Fill in the information below.

| | Current value of debtor's interest |
|---|---|

**71.**   **Notes receivable**

Description (include name of obligor)

Official Form 206A/B                    Schedule A/B Assets - Real and Personal Property                    page 5

| Debtor | **Baker Ready Mix LLC** | | Case number *(If known)* **17-12166** |
|---|---|---|---|
| | Name | | |

72. **Tax refunds and unused net operating losses (NOLs)**
Description (for example, federal, state, local)

73. **Interests in insurance policies or annuities**

**Westco Insurance over payment** — $14,301.60

**Commission from Cayemitte Insurance Group** — $14,000.00

74. **Causes of action against third parties (whether or not a lawsuit has been filed)**

75. **Other contingent and unliquidated claims or causes of action of every nature, including counterclaims of the debtor and rights to set off claims**
**CBD Construction witheld payment from Baker Ready mix due to alleged defective concrete** — $0.00
Nature of claim
Amount requested — **$87,980.00**

**Crown Roofing (  Armstrong Park)** — **Unknown**
Nature of claim
Amount requested — **$185,376.00**

76. **Trusts, equitable or future interests in property**

77. **Other property of any kind not already listed** *Examples:* Season tickets, country club membership

78. **Total of Part 11.** — **$28,301.60**
Add lines 71 through 77. Copy the total to line 90.

79. **Has any of the property listed in Part 11 been appraised by a professional within the last year?**
■ No
☐ Yes

Debtor   **Baker Ready Mix LLC**
_____
Name

Case number *(If known)* **17-12166**
_____

| Part 12: | Summary |
|---|---|

**In Part 12 copy all of the totals from the earlier parts of the form**

| Type of property | Current value of personal property | Current value of real property |
|---|---|---|
| 80. **Cash, cash equivalents, and financial assets.** *Copy line 5, Part 1* | **$651.00** | |
| 81. **Deposits and prepayments.** *Copy line 9, Part 2.* | **$6,237.00** | |
| 82. **Accounts receivable.** *Copy line 12, Part 3.* | **$35,000.00** | |
| 83. **Investments.** *Copy line 17, Part 4.* | **$0.00** | |
| 84. **Inventory.** *Copy line 23, Part 5.* | **$0.00** | |
| 85. **Farming and fishing-related assets.** *Copy line 33, Part 6.* | **$0.00** | |
| 86. **Office furniture, fixtures, and equipment; and collectibles.** *Copy line 43, Part 7.* | **$10,600.00** | |
| 87. **Machinery, equipment, and vehicles.** *Copy line 51, Part 8.* | **$20,500.00** | |
| 88. **Real property.** *Copy line 56, Part 9.*..................................................................> | | **$56,182.00** |
| 89. **Intangibles and intellectual property.** *Copy line 66, Part 10.* | **$0.00** | |
| 90. **All other assets.** *Copy line 78, Part 11.* | + **$28,301.60** | |
| 91. **Total.** Add lines 80 through 90 for each column | **$101,289.60** + 91b. | **$56,182.00** |
| 92. **Total of all property on Schedule A/B.** Add lines 91a+91b=92 | | **$157,471.60** |

**Fill in this information to identify the case:**

Debtor name    **Baker Ready Mix LLC**

United States Bankruptcy Court for the:    EASTERN DISTRICT OF LOUISIANA

Case number (if known)    **17-12166**

■ Check if this is an
amended filing

## Official Form 206D
### Schedule D: Creditors Who Have Claims Secured by Property                    12/15

Be as complete and accurate as possible.

**1. Do any creditors have claims secured by debtor's property?**

☐ No. Check this box and submit page 1 of this form to the court with debtor's other schedules. Debtor has nothing else to report on this form.

■ Yes. Fill in all of the information below.

**Part 1:**   **List Creditors Who Have Secured Claims**

2. **List in alphabetical order all creditors who have secured claims.** If a creditor has more than one secured claim, list the creditor separately for each claim.

| | Column A<br>**Amount of claim**<br>Do not deduct the value of collateral. | Column B<br>**Value of collateral that supports this claim** |
|---|---|---|

**2.1**  **Wells Fargo Bank**
Creditor's Name

**Po Box 7648**
**Boise, ID 83707**
Creditor's mailing address

Creditor's email address, if known

**Date debt was incurred**

**Last 4 digits of account number**

**Do multiple creditors have an interest in the same property?**
■ No
☐ Yes. Specify each creditor, including this creditor and its relative priority.

Describe debtor's property that is subject to a lien
**front end loader**

Describe the lien

Is the creditor an insider or related party?
■ No
☐ Yes
Is anyone else liable on this claim?
■ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

As of the petition filing date, the claim is:
Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed

| | Amount of claim | Value of collateral |
|---|---|---|
| | $70,743.00 | $0.00 |

**2.2**  **Whitney Bank**
Creditor's Name

**2609 Veterans Blvd**
**Kenner, LA 70062**
Creditor's mailing address

Creditor's email address, if known

**Date debt was incurred**

**Last 4 digits of account number**

**Do multiple creditors have an interest in the same property?**

Describe debtor's property that is subject to a lien
**1118 Engineer Rd**
**Bellechase, LA 70037**

Describe the lien

Is the creditor an insider or related party?
■ No
☐ Yes
Is anyone else liable on this claim?
■ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

As of the petition filing date, the claim is:
Check all that apply

| | Amount of claim | Value of collateral |
|---|---|---|
| | $2,677,331.00 | $56,182.00 |

Software Copyright (c) 1996-2017 Best Case, LLC - www.bestcase.com                    Best Case Bankruptcy

| Debtor | **Baker Ready Mix LLC** | Case number (if know) | **17-12166** |
|---|---|---|---|
| | Name | | |

■ No

□ Contingent

□ Yes. Specify each creditor, including this creditor and its relative priority.

□ Unliquidated

□ Disputed

---

3. **Total of the dollar amounts from Part 1, Column A, including the amounts from the Additional Page, if any.** | **$2,748,074.00**

**Part 2:** **List Others to Be Notified for a Debt Already Listed in Part 1**

List in alphabetical order any others who must be notified for a debt already listed in Part 1. Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for secured creditors.

If no others need to notified for the debts listed in Part 1, do not fill out or submit this page. If additional pages are needed, copy this page.

| Name  and address | On which line in Part 1 did you enter the related creditor? | Last 4 digits of account number for this entity |
|---|---|---|
| | | |

Software Copyright (c) 1996-2017 Best Case, LLC - www.bestcase.com                                                                   Best Case Bankruptcy

**Fill in this information to identify the case:**

Debtor name    **Baker Ready Mix LLC**

United States Bankruptcy Court for the:    EASTERN DISTRICT OF LOUISIANA

Case number (if known)    **17-12166**

■ Check if this is an amended filing

## Official Form 206E/F
## Schedule E/F: Creditors Who Have Unsecured Claims                    12/15

Be as complete and accurate as possible. Use Part 1 for creditors with PRIORITY unsecured claims and Part 2 for creditors with NONPRIORITY unsecured claims.
List the other party to any executory contracts or unexpired leases that could result in a claim. Also list executory contracts on *Schedule A/B: Assets - Real and
Personal Property* (Official Form 206A/B) and on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G). Number the entries in Parts 1 and
2 in the boxes on the left. If more space is needed for Part 1 or Part 2, fill out and attach the Additional Page of that Part included in this form.

### Part 1:    List All Creditors with PRIORITY Unsecured Claims

1. **Do any creditors have priority unsecured claims?** (See 11 U.S.C. § 507.)

   ☐ No. Go to Part 2.

   ■ Yes. Go to line 2.

2. **List in alphabetical order all creditors who have unsecured claims that are entitled to priority in whole or in part.** If the debtor has more than 3 creditors
   with priority unsecured claims, fill out and attach the Additional Page of Part 1.

| | | Total claim | Priority amount |
|---|---|---|---|
| **2.1** | Priority creditor's name and mailing address<br>**Louisiana Department of Revenue<br>collection division<br>P. O. Box 201<br>Baton Rouge, LA 70821** | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | **$182,000.00** | **$0.00** |
| | Date or dates debt was incurred | Basis for the claim: | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (8) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |

### Part 2:    List All Creditors with NONPRIORITY Unsecured Claims

3. **List in alphabetical order all of the creditors with nonpriority unsecured claims.** If the debtor has more than 6 creditors with nonpriority unsecured claims, fill
   out and attach the Additional Page of Part 2.

| | | | Amount of claim |
|---|---|---|---|
| **3.1** | Nonpriority creditor's name and mailing address<br>**Alabama Pigment<br>PO Box 309<br>Green Pond, AL 35074** | As of the petition filing date, the claim is: *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | **$1,408.00** |
| | Date(s) debt was incurred _<br>Last 4 digits of account number _ | Basis for the claim: _<br>Is the claim subject to offset? ■ No ☐ Yes | |
| **3.2** | Nonpriority creditor's name and mailing address<br>**Amerimex<br>PO Box 23340<br>New Orleans, LA 70183** | As of the petition filing date, the claim is: *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | **$7,545.73** |
| | Date(s) debt was incurred _<br>Last 4 digits of account number _ | Basis for the claim: _<br>Is the claim subject to offset? ■ No ☐ Yes | |

Software Copyright (c) 1996-2017 Best Case, LLC - www.bestcase.com                    36221                    Best Case Bankruptcy

| Debtor | **Baker Ready Mix LLC** | | |
|---|---|---|---|
| | Name | Case number (if known) | **17-12166** |

| 3.3 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $8,582.57 |
|---|---|---|---|
| | **ASAP Employment Services** | ☐ Contingent | |
| | **2821 Richland Avenue Suite 202** | ☐ Unliquidated | |
| | **Metairie, LA 70002** | ☐ Disputed | |
| | Date(s) debt was incurred _ | Basis for the claim: _ | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.4 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $753.73 |
|---|---|---|---|
| | **At&t** | ☐ Contingent | |
| | **PO Box 650448** | ☐ Unliquidated | |
| | **Dallas, TX 75265** | ☐ Disputed | |
| | Date(s) debt was incurred _ | Basis for the claim: _ | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.5 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $1,454.00 |
|---|---|---|---|
| | **BASF** | ☐ Contingent | |
| | **PO Box 121151** | ☐ Unliquidated | |
| | **Dallas, TX 75312** | ☐ Disputed | |
| | Date(s) debt was incurred _ | Basis for the claim: _ | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.6 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $337,577.25 |
|---|---|---|---|
| | **BlackRock Aggregates** | ☐ Contingent | |
| | **2800 Frenchmen St** | ☐ Unliquidated | |
| | **New Orleans, LA 70122** | ☐ Disputed | |
| | Date(s) debt was incurred _ | Basis for the claim: _ | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.7 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $748,291.00 |
|---|---|---|---|
| | **BMO** | ☐ Contingent | |
| | **P.O. Box 71951** | ☐ Unliquidated | |
| | **Chicago, IL 60694** | ☐ Disputed | |
| | Date(s) debt was incurred _ | Basis for the claim: _ | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.8 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $187,126.38 |
|---|---|---|---|
| | **Buzzi Unicem USA** | ☐ Contingent | |
| | **15293 Collections Center Drive** | ☐ Unliquidated | |
| | **Chicago, IL 60693** | ☐ Disputed | |
| | Date(s) debt was incurred _ | Basis for the claim: _ | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.9 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $112,111.25 |
|---|---|---|---|
| | **Carlo Ditta Inc** | ☐ Contingent | |
| | **PO Box 488** | ☐ Unliquidated | |
| | **Harvey, LA 70059** | ☐ Disputed | |
| | Date(s) debt was incurred _ | Basis for the claim: _ | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| Debtor | **Baker Ready Mix LLC** | | Case number (if known) | **17-12166** |
|---|---|---|---|---|
| | Name | | | |

| 3.10 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $93.55 |
|---|---|---|---|

**Cintas Corporation**
**PO Box 10783**
**New Orleans, LA 70181**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

| 3.11 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $314,370.88 |
|---|---|---|---|

**City of New Orleans Property Tax + Sales**
**PO Box 61840**
**New Orleans, LA 70161**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

| 3.12 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $18,554.66 |
|---|---|---|---|

**Daviller Law Group**
**1010 common Street Suite 2510**
**New Orleans, LA 70112**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

| 3.13 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $2,478.03 |
|---|---|---|---|

**De Lage Landen**
**PO Box 41602**
**Philadelphia, PA 19101**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

| 3.14 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $2,131.00 |
|---|---|---|---|

**Department of Public Safety**
**PO Box 61047**
**New Orleans, LA 70161**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

| 3.15 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $3,593.75 |
|---|---|---|---|

**Diamond Software**
**84315 Highway 437**
**Covington, LA 70435**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

| 3.16 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $13,180.00 |
|---|---|---|---|

**Dillon Bros Ready Mix**
**11100 Almonaster Ave**
**New Orleans, LA 70129**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

| Debtor | **Baker Ready Mix LLC** | Case number (if known) | **17-12166** |
|---|---|---|---|
| | Name | | |

| 3.17 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $3,309.20 |
|---|---|---|---|
| | **Express Chipping** | ☐ Contingent | |
| | **1323-B E St Gertrude Place** | ☐ Unliquidated | |
| | **Temecula, CA 92590** | ☐ Disputed | |
| | Date(s) debt was incurred _ | Basis for the claim: _ | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No  ☐ Yes | |

| 3.18 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $750.00 |
|---|---|---|---|
| | **Freedom Alarm** | ☐ Contingent | |
| | **1646 West Chester Pike Suite 31** | ☐ Unliquidated | |
| | **West Chester, PA 19382** | ☐ Disputed | |
| | Date(s) debt was incurred _ | Basis for the claim: _ | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No  ☐ Yes | |

| 3.19 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $13,967.00 |
|---|---|---|---|
| | **General Concrete Chipping** | ☐ Contingent | |
| | **PO Box 752352** | ☐ Unliquidated | |
| | **Houston, TX 77275** | ☐ Disputed | |
| | Date(s) debt was incurred _ | Basis for the claim: _ | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No  ☐ Yes | |

| 3.20 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $1,199.52 |
|---|---|---|---|
| | **Global Tracking Systems** | ☐ Contingent | |
| | **27244 Via Industrial** | ☐ Unliquidated | |
| | **Temecula, CA 92590** | ☐ Disputed | |
| | Date(s) debt was incurred _ | Basis for the claim: _ | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No  ☐ Yes | |

| 3.21 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $1,274.46 |
|---|---|---|---|
| | **Goodyear Commercial Tire** | ☐ Contingent | |
| | **300 Edwards Avenue** | ☐ Unliquidated | |
| | **New Orleans, LA 70123** | ☐ Disputed | |
| | Date(s) debt was incurred _ | Basis for the claim: _ | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No  ☐ Yes | |

| 3.22 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $57,000.00 |
|---|---|---|---|
| | **Jefferson Parish Tax assessor** | ☐ Contingent | |
| | **200 Derbigny Street, Suite 1100** | ☐ Unliquidated | |
| | **Gretna, LA 70053** | ☐ Disputed | |
| | Date(s) debt was incurred _ | Basis for the claim: _ | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No  ☐ Yes | |

| 3.23 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $1,703,383.23 |
|---|---|---|---|
| | **John Georges** | ☐ Contingent | |
| | **701 Edwards Avenue** | ☐ Unliquidated | |
| | **New Orleans, LA 70122** | ☐ Disputed | |
| | Date(s) debt was incurred _ | Basis for the claim: _ | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No  ☐ Yes | |

Software Copyright (c) 1996-2017 Best Case, LLC - www.bestcase.com                          Best Case Bankruptcy

| Debtor | **Baker Ready Mix LLC** | Case number (if known) | **17-12166** |
|---|---|---|---|
| | Name | | |

| 3.24 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $4,418.80 |
|---|---|---|---|
| | **LCCI, LLC**<br>**2034 Agriculture Street**<br>**New Orleans, LA 70122** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _ | Basis for the claim: _ | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.25 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|
| | **Louisiana Department of Environmental Qu**<br>**602 North Fifth Street**<br>**Baton Rouge, LA 70802** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _ | Basis for the claim: _ | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.26 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $4,450.00 |
|---|---|---|---|
| | **Masonry Products**<br>**410 N Alexander Street**<br>**New Orleans, LA 70119** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _ | Basis for the claim: _ | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.27 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $1,115,335.00 |
|---|---|---|---|
| | **Mercedes Benz Financial Services**<br>**BK Servicing**<br>**P.O. Box 131265**<br>**Saint Paul, MN 55113-0011** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _ | Basis for the claim: _ | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.28 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|
| | **Orleans parish assessors**<br>**1300 Perdido Street**<br>**City Hall room 4E01**<br>**New Orleans, LA 70130** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _ | Basis for the claim: _ | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.29 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $1,870.65 |
|---|---|---|---|
| | **People Ready Inc**<br>**PO Box 676412**<br>**Dallas, TX 75267** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _ | Basis for the claim: _ | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.30 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $6,673.63 |
|---|---|---|---|
| | **Plaquemines Parish Property Tax**<br>**302 Main Street**<br>**Belle Chasse, LA 70037** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _ | Basis for the claim: _ | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| Debtor | **Baker Ready Mix LLC** | Case number *(if known)* | **17-12166** |
|---|---|---|---|
| | Name | | |

| 3.31 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $1,573.43 |
|---|---|---|---|

**R&R Rig Service**
**1841 Enterprise Drive**
**Harvey, LA 70058**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.32 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $1,405.80 |
|---|---|---|---|

**Refreshment Solutions**
**225 Apple Street**
**Norco, LA 70079**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.33 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $3,388.29 |
|---|---|---|---|

**Refuel**
**PO Box 919221**
**Dallas, TX 75391**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.34 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $11,051.89 |
|---|---|---|---|

**Retif Oil & Fuel**
**PO Box 918138**
**Dallas, TX 75391**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.35 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $2,325.00 |
|---|---|---|---|

**Sika Corporation**
**23868 Network Place**
**Chicago, IL 60673**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.36 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $1,486.85 |
|---|---|---|---|

**SOS Truck Repair**
**4030 Pontchartrain Dr Suite 205**
**Slidell, LA 70458**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.37 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $3,518.00 |
|---|---|---|---|

**Southern Tire Mart**
**PO Box 1000 Dept 143**
**Memphis, TN 38148**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

Software Copyright (c) 1996-2017 Best Case, LLC - www.bestcase.com                                            

| Debtor | **Baker Ready Mix LLC** | Case number (if known) | **17-12166** |
|---|---|---|---|
| | Name | | |

| 3.38 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $566.51 |
|---|---|---|---|

**State Machinery**
**PO Box 1789 160 W Airline Dr**
**Kenner, LA 70063**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

| 3.39 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $2,072.70 |
|---|---|---|---|

**System Scale Corporation**
**332 Hill Avenue**
**Nashville, TN 37210**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

| 3.40 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $6,120.00 |
|---|---|---|---|

**Technical Coating Services**
**2840 Sharon Street**
**Kenner, LA 70062**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

| 3.41 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $4,242.52 |
|---|---|---|---|

**The Beta Group**
**PO Box 2203**
**Gretna, LA 70054**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

| 3.42 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $8,965.00 |
|---|---|---|---|

**The Schafer Group**
**701 Aurora Ave**
**Metairie, LA 70005**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

| 3.43 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $2,671.60 |
|---|---|---|---|

**Travelers**
**PO Box 660317**
**Dallas, TX 75266**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

| 3.44 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $1,056.26 |
|---|---|---|---|

**United Rentals**
**PO Box 840514**
**Dallas, TX 75284**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

| Debtor | **Baker Ready Mix LLC** | Case number (if known) | **17-12166** |
|---|---|---|---|
| | Name | | |

| 3.45 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $822.82 |
|---|---|---|---|

**Verizon Wireless**
P. O. Box 660108
Dallas, TX 75266

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

| 3.46 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $90.00 |
|---|---|---|---|

**Waypoint Analytical**
5041 Taravella Road
Marrero, LA 70072

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

| 3.47 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $537.83 |
|---|---|---|---|

**WJS Enterprises**
PO Box 54138
New Orleans, LA 70154

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

---

**Part 3:**   List Others to Be Notified About Unsecured Claims

4. List in alphabetical order any others who must be notified for claims listed in Parts 1 and 2. Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for unsecured creditors.

If no others need to be notified for the debts listed in Parts 1 and 2, do not fill out or submit this page. If additional pages are needed, copy the next page.

| | Name and mailing address | On which line in Part1 or Part 2 is the related creditor (if any) listed? | Last 4 digits of account number, if any |
|---|---|---|---|
| 4.1 | **GE Capital Retail Bank**<br>Post Office Box 960061<br>Orlando, FL 32896 | Line **3.7**<br><br>☐ Not listed. Explain ____ | __ |
| 4.2 | **Michael T Tusa Jr**<br>4080 Lonesome Road suite A<br>Mandeville, LA 70448 | Line **3.3**<br><br>☐ Not listed. Explain ____ | __ |

---

**Part 4:**   Total Amounts of the Priority and Nonpriority Unsecured Claims

5. Add the amounts of priority and nonpriority unsecured claims.

| | | | Total of claim amounts |
|---|---|---|---|
| 5a. Total claims from Part 1 | 5a. | $ | 182,000.00 |
| 5b. Total claims from Part 2 | 5b. + | $ | 4,724,777.77 |
| 5c. Total of Parts 1 and 2<br>Lines 5a + 5b = 5c. | 5c. | $ | 4,906,777.77 |

Software Copyright (c) 1996-2017 Best Case, LLC - www.bestcase.com            Best Case Bankruptcy

**Fill in this information to identify the case:**

Debtor name    **Baker Ready Mix LLC**

United States Bankruptcy Court for the:    EASTERN DISTRICT OF LOUISIANA

Case number (if known)    **17-12166**

■ Check if this is an amended filing

## Official Form 206H
## Schedule H: Your Codebtors
12/15

Be as complete and accurate as possible. If more space is needed, copy the Additional Page, numbering the entries consecutively. Attach the Additional Page to this page.

**1. Do you have any codebtors?**

☐ No. Check this box and submit this form to the court with the debtor's other schedules. Nothing else needs to be reported on this form.

■ Yes

**2. In Column 1, list as codebtors all of the people or entities who are also liable for any debts listed by the debtor in the schedules of creditors, Schedules D-G.** Include all guarantors and co-obligors. In Column 2, identify the creditor to whom the debt is owed and each schedule on which the creditor is listed. If the codebtor is liable on a debt to more than one creditor, list each creditor separately in Column 2.

| Column 1: **Codebtor** | | Column 2: **Creditor** | |
|---|---|---|---|
| **Name** | **Mailing Address** | **Name** | Check all schedules that apply: |
| 2.1 **A & E Leasing LLC** | **6045 Milne Blvd New Orleans, LA 70124** | **Alabama Pigment** | ☐ D _____ ■ E/F _**3.1**_ ☐ G _____ |
| 2.2 **A & E Leasing LLC** | **6045 Milne Blvd New Orleans, LA 70124** | **Amerimex** | ☐ D _____ ■ E/F _**3.2**_ ☐ G _____ |
| 2.3 **A & E Leasing LLC** | **6045 Milne Blvd New Orleans, LA 70124** | **ASAP Employment Services** | ☐ D _____ ■ E/F _**3.3**_ ☐ G _____ |
| 2.4 **A & E Leasing LLC** | **6045 Milne Blvd New Orleans, LA 70124** | **At&t** | ☐ D _____ ■ E/F _**3.4**_ ☐ G _____ |
| 2.5 **A & E Leasing LLC** | **6045 Milne Blvd New Orleans, LA 70124** | **BASF** | ☐ D _____ ■ E/F _**3.5**_ ☐ G _____ |

| Debtor | **Baker Ready Mix LLC** | Case number *(if known)* | **17-12166** |

███ **Additional Page to List More Codebtors**

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the previous page.

| Column 1: **Codebtor** | | Column 2: **Creditor** | |
| --- | --- | --- | --- |
| 2.6 | A & E Leasing LLC | 6045 Milne Blvd New Orleans, LA 70124 | BlackRock Aggregates | ☐ D _____ ■ E/F __3.6__ ☐ G _____ |
| 2.7 | A & E Leasing LLC | 6045 Milne Blvd New Orleans, LA 70124 | BMO | ☐ D _____ ■ E/F __3.7__ ☐ G _____ |
| 2.8 | A & E Leasing LLC | 6045 Milne Blvd New Orleans, LA 70124 | Buzzi Unicem USA | ☐ D _____ ■ E/F __3.8__ ☐ G _____ |
| 2.9 | A & E Leasing LLC | 6045 Milne Blvd New Orleans, LA 70124 | Carlo Ditta Inc | ☐ D _____ ■ E/F __3.9__ ☐ G _____ |
| 2.10 | A & E Leasing LLC | 6045 Milne Blvd New Orleans, LA 70124 | Cintas Corporation | ☐ D _____ ■ E/F __3.10__ ☐ G _____ |
| 2.11 | A & E Leasing LLC | 6045 Milne Blvd New Orleans, LA 70124 | City of New Orleans Property Tax + Sales | ☐ D _____ ■ E/F __3.11__ ☐ G _____ |
| 2.12 | A & E Leasing LLC | 6045 Milne Blvd New Orleans, LA 70124 | Daviller Law Group | ☐ D _____ ■ E/F __3.12__ ☐ G _____ |
| 2.13 | A & E Leasing LLC | 6045 Milne Blvd New Orleans, LA 70124 | De Lage Landen | ☐ D _____ ■ E/F __3.13__ ☐ G _____ |

| Debtor | **Baker Ready Mix LLC** | Case number *(if known)* | **17-12166** |

■ **Additional Page to List More Codebtors**

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the previous page.

| *Column 1:* **Codebtor** | | *Column 2:* **Creditor** | |
|---|---|---|---|
| 2.14 **A & E Leasing LLC** | 6045 Milne Blvd<br>New Orleans, LA 70124 | Department of Public Safety | ☐ D _____<br>■ E/F   **3.14**<br>☐ G _____ |
| 2.15 **A & E Leasing LLC** | 6045 Milne Blvd<br>New Orleans, LA 70124 | Diamond Software | ☐ D _____<br>■ E/F   **3.15**<br>☐ G _____ |
| 2.16 **A & E Leasing LLC** | 6045 Milne Blvd<br>New Orleans, LA 70124 | Dillon Bros Ready Mix | ☐ D _____<br>■ E/F   **3.16**<br>☐ G _____ |
| 2.17 **A & E Leasing LLC** | 6045 Milne Blvd<br>New Orleans, LA 70124 | Express Chipping | ☐ D _____<br>■ E/F   **3.17**<br>☐ G _____ |
| 2.18 **A & E Leasing LLC** | 6045 Milne Blvd<br>New Orleans, LA 70124 | Freedom Alarm | ☐ D _____<br>■ E/F   **3.18**<br>☐ G _____ |
| 2.19 **A & E Leasing LLC** | 6045 Milne Blvd<br>New Orleans, LA 70124 | General Concrete Chipping | ☐ D _____<br>■ E/F   **3.19**<br>☐ G _____ |
| 2.20 **A & E Leasing LLC** | 6045 Milne Blvd<br>New Orleans, LA 70124 | Goodyear Commercial Tire | ☐ D _____<br>■ E/F   **3.21**<br>☐ G _____ |
| 2.21 **A & E Leasing LLC** | 6045 Milne Blvd<br>New Orleans, LA 70124 | Jefferson Parish Tax assessor | ☐ D _____<br>■ E/F   **3.22**<br>☐ G _____ |

Software Copyright (c) 1996-2017 Best Case, LLC - www.bestcase.com

| Debtor | **Baker Ready Mix LLC** | | Case number *(if known)* | **17-12166** |
|---|---|---|---|---|

▮ **Additional Page to List More Codebtors**

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the previous page.

Column 1: **Codebtor** | Column 2: **Creditor**

| 2.22 | **A & E Leasing LLC** | **6045 Milne Blvd New Orleans, LA 70124** | **John Georges** | ☐ D _____ <br> ■ E/F __3.23__ <br> ☐ G _____ |
| 2.23 | **A & E Leasing LLC** | **6045 Milne Blvd New Orleans, LA 70124** | **LCCI, LLC** | ☐ D _____ <br> ■ E/F __3.24__ <br> ☐ G _____ |
| 2.24 | **A & E Leasing LLC** | **6045 Milne Blvd New Orleans, LA 70124** | **Louisiana Department of Revenue** | ☐ D _____ <br> ■ E/F __2.1__ <br> ☐ G _____ |
| 2.25 | **A & E Leasing LLC** | **6045 Milne Blvd New Orleans, LA 70124** | **Masonry Products** | ☐ D _____ <br> ■ E/F __3.26__ <br> ☐ G _____ |
| 2.26 | **A & E Leasing LLC** | **6045 Milne Blvd New Orleans, LA 70124** | **Mercedes Benz Financial Services** | ☐ D _____ <br> ■ E/F __3.27__ <br> ☐ G _____ |
| 2.27 | **A & E Leasing LLC** | **6045 Milne Blvd New Orleans, LA 70124** | **Orleans parish assessors** | ☐ D _____ <br> ■ E/F __3.28__ <br> ☐ G _____ |
| 2.28 | **A & E Leasing LLC** | **6045 Milne Blvd New Orleans, LA 70124** | **People Ready Inc** | ☐ D _____ <br> ■ E/F __3.29__ <br> ☐ G _____ |
| 2.29 | **A & E Leasing LLC** | **6045 Milne Blvd New Orleans, LA 70124** | **Plaquemines Parish Property Tax** | ☐ D _____ <br> ■ E/F __3.30__ <br> ☐ G _____ |

| Debtor | **Baker Ready Mix LLC** | Case number *(if known)* | **17-12166** |

▆ **Additional Page to List More Codebtors**

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the previous page.

| Column 1: **Codebtor** | | Column 2: **Creditor** | |
|---|---|---|---|
| 2.30 | **A & E Leasing LLC** | **6045 Milne Blvd** <br>**New Orleans, LA 70124** | **R&R Rig Service** | ☐ D _____ <br>■ E/F __3.31__ <br>☐ G _____ |
| 2.31 | **A & E Leasing LLC** | **6045 Milne Blvd** <br>**New Orleans, LA 70124** | **Refreshment Solutions** | ☐ D _____ <br>■ E/F __3.32__ <br>☐ G _____ |
| 2.32 | **A & E Leasing LLC** | **6045 Milne Blvd** <br>**New Orleans, LA 70124** | **Refuel** | ☐ D _____ <br>■ E/F __3.33__ <br>☐ G _____ |
| 2.33 | **A & E Leasing LLC** | **6045 Milne Blvd** <br>**New Orleans, LA 70124** | **Retif Oil & Fuel** | ☐ D _____ <br>■ E/F __3.34__ <br>☐ G _____ |
| 2.34 | **A & E Leasing LLC** | **6045 Milne Blvd** <br>**New Orleans, LA 70124** | **Sika Corporation** | ☐ D _____ <br>■ E/F __3.35__ <br>☐ G _____ |
| 2.35 | **A & E Leasing LLC** | **6045 Milne Blvd** <br>**New Orleans, LA 70124** | **SOS Truck Repair** | ☐ D _____ <br>■ E/F __3.36__ <br>☐ G _____ |
| 2.36 | **A & E Leasing LLC** | **6045 Milne Blvd** <br>**New Orleans, LA 70124** | **Southern Tire Mart** | ☐ D _____ <br>■ E/F __3.37__ <br>☐ G _____ |
| 2.37 | **A & E Leasing LLC** | **6045 Milne Blvd** <br>**New Orleans, LA 70124** | **State Machinery** | ☐ D _____ <br>■ E/F __3.38__ <br>☐ G _____ |

Schedule H: Your Codebtors

| Debtor | **Baker Ready Mix LLC** | Case number *(if known)* | **17-12166** |

▮ **Additional Page to List More Codebtors**

**Copy this page only if more space is needed.  Continue numbering the lines sequentially from the previous page.**

| Column 1: **Codebtor** | | Column 2: **Creditor** | |

| 2.38 | **A & E Leasing LLC** | **6045 Milne Blvd New Orleans, LA 70124** | **System Scale Corporation** | ☐ D _____ ■ E/F ___**3.39**___ ☐ G _____ |
| 2.39 | **A & E Leasing LLC** | **6045 Milne Blvd New Orleans, LA 70124** | **Technical Coating Services** | ☐ D _____ ■ E/F ___**3.40**___ ☐ G _____ |
| 2.40 | **A & E Leasing LLC** | **6045 Milne Blvd New Orleans, LA 70124** | **The Beta Group** | ☐ D _____ ■ E/F ___**3.41**___ ☐ G _____ |
| 2.41 | **A & E Leasing LLC** | **6045 Milne Blvd New Orleans, LA 70124** | **The Schafer Group** | ☐ D _____ ■ E/F ___**3.42**___ ☐ G _____ |
| 2.42 | **A & E Leasing LLC** | **6045 Milne Blvd New Orleans, LA 70124** | **Travelers** | ☐ D _____ ■ E/F ___**3.43**___ ☐ G _____ |
| 2.43 | **A & E Leasing LLC** | **6045 Milne Blvd New Orleans, LA 70124** | **United Rentals** | ☐ D _____ ■ E/F ___**3.44**___ ☐ G _____ |
| 2.44 | **A & E Leasing LLC** | **6045 Milne Blvd New Orleans, LA 70124** | **Verizon Wireless** | ☐ D _____ ■ E/F ___**3.45**___ ☐ G _____ |
| 2.45 | **A & E Leasing LLC** | **6045 Milne Blvd New Orleans, LA 70124** | **Waypoint Analytical** | ☐ D _____ ■ E/F ___**3.46**___ ☐ G _____ |

Software Copyright (c) 1996-2017 Best Case, LLC - www.bestcase.com

Best Case Bankruptcy

| Debtor | **Baker Ready Mix LLC** | Case number *(if known)* | **17-12166** |

 **Additional Page to List More Codebtors**

**Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.**

| | *Column 1:* **Codebtor** | | *Column 2:* **Creditor** | |
|---|---|---|---|---|
| 2.46 | **A & E Leasing LLC** | **6045 Milne Blvd New Orleans, LA 70124** | **WJS Enterprises** | ☐ D ____ ■ E/F  **3.47** ☐ G ____ |
| 2.47 | **A&E Leasing** | **6045 Milne Blvd New Orleans, LA 70124** | | ☐ D ____ ☐ E/F ____ ☐ G ____ |
| 2.48 | **Arnold Baker** | **3910 Jena St New Orleans, LA 70125** | | ☐ D ____ ☐ E/F ____ ☐ G ____ |
| 2.49 | **Arnold Baker** | **3910 Jena St New Orleans, LA 70125** | **Alabama Pigment** | ☐ D ____ ■ E/F  **3.1** ☐ G ____ |
| 2.50 | **Arnold Baker** | **3910 Jena St New Orleans, LA 70125** | **Amerimex** | ☐ D ____ ■ E/F  **3.2** ☐ G ____ |
| 2.51 | **Arnold Baker** | **3910 Jena St New Orleans, LA 70125** | **ASAP Employment Services** | ☐ D ____ ■ E/F  **3.3** ☐ G ____ |
| 2.52 | **Arnold Baker** | **3910 Jena St New Orleans, LA 70125** | **At&t** | ☐ D ____ ■ E/F  **3.4** ☐ G ____ |
| 2.53 | **Arnold Baker** | **3910 Jena St New Orleans, LA 70125** | **BASF** | ☐ D ____ ■ E/F  **3.5** ☐ G ____ |

| Debtor | **Baker Ready Mix LLC** | Case number *(if known)* | **17-12166** |

| ▮ | **Additional Page to List More Codebtors** |

**Copy this page only if more space is needed.  Continue numbering the lines sequentially from the previous page.**

| Column 1: **Codebtor** | | Column 2: **Creditor** | |
|---|---|---|---|
| 2.54 | **Arnold Baker** | 3910 Jena St<br>New Orleans, LA 70125 | **BlackRock Aggregates** | ☐ D _____<br>▮ E/F   **3.6**<br>☐ G _____ |
| 2.55 | **Arnold Baker** | 3910 Jena St<br>New Orleans, LA 70125 | **BMO** | ☐ D _____<br>▮ E/F   **3.7**<br>☐ G _____ |
| 2.56 | **Arnold Baker** | 3910 Jena St<br>New Orleans, LA 70125 | **Buzzi Unicem USA** | ☐ D _____<br>▮ E/F   **3.8**<br>☐ G _____ |
| 2.57 | **Arnold Baker** | 3910 Jena St<br>New Orleans, LA 70125 | **Carlo Ditta Inc** | ☐ D _____<br>▮ E/F   **3.9**<br>☐ G _____ |
| 2.58 | **Arnold Baker** | 3910 Jena St<br>New Orleans, LA 70125 | **Cintas Corporation** | ☐ D _____<br>▮ E/F   **3.10**<br>☐ G _____ |
| 2.59 | **Arnold Baker** | 3910 Jena St<br>New Orleans, LA 70125 | **City of New Orleans Property Tax + Sales** | ☐ D _____<br>▮ E/F   **3.11**<br>☐ G _____ |
| 2.60 | **Arnold Baker** | 3910 Jena St<br>New Orleans, LA 70125 | **Daviller Law Group** | ☐ D _____<br>▮ E/F   **3.12**<br>☐ G _____ |
| 2.61 | **Arnold Baker** | 3910 Jena St<br>New Orleans, LA 70125 | **De Lage Landen** | ☐ D _____<br>▮ E/F   **3.13**<br>☐ G _____ |

| Debtor | **Baker Ready Mix LLC** | | Case number *(if known)* | **17-12166** |

---

█ **Additional Page to List More Codebtors**

**Copy this page only if more space is needed.  Continue numbering the lines sequentially from the previous page.**

| Column 1: **Codebtor** | | Column 2: **Creditor** |

| 2.62 | **Arnold Baker** | **3910 Jena St**<br>**New Orleans, LA 70125** | **Department of Public Safety** | ☐ D _____<br>■ E/F ___3.14___<br>☐ G _____ |
| 2.63 | **Arnold Baker** | **3910 Jena St**<br>**New Orleans, LA 70125** | **Diamond Software** | ☐ D _____<br>■ E/F ___3.15___<br>☐ G _____ |
| 2.64 | **Arnold Baker** | **3910 Jena St**<br>**New Orleans, LA 70125** | **Dillon Bros Ready Mix** | ☐ D _____<br>■ E/F ___3.16___<br>☐ G _____ |
| 2.65 | **Arnold Baker** | **3910 Jena St**<br>**New Orleans, LA 70125** | **Express Chipping** | ☐ D _____<br>■ E/F ___3.17___<br>☐ G _____ |
| 2.66 | **Arnold Baker** | **3910 Jena St**<br>**New Orleans, LA 70125** | **Freedom Alarm** | ☐ D _____<br>■ E/F ___3.18___<br>☐ G _____ |
| 2.67 | **Arnold Baker** | **3910 Jena St**<br>**New Orleans, LA 70125** | **General Concrete Chipping** | ☐ D _____<br>■ E/F ___3.19___<br>☐ G _____ |
| 2.68 | **Arnold Baker** | **3910 Jena St**<br>**New Orleans, LA 70125** | **Global Tracking Systems** | ☐ D _____<br>■ E/F ___3.20___<br>☐ G _____ |
| 2.69 | **Arnold Baker** | **3910 Jena St**<br>**New Orleans, LA 70125** | **Goodyear Commercial Tire** | ☐ D _____<br>■ E/F ___3.21___<br>☐ G _____ |

---

Software Copyright (c) 1996-2017 Best Case, LLC - www.bestcase.com

| Debtor | **Baker Ready Mix LLC** | | Case number *(if known)* | **17-12166** |
|---|---|---|---|---|

**Additional Page to List More Codebtors**

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the previous page.

| Column 1: **Codebtor** | | Column 2: **Creditor** | |
|---|---|---|---|
| 2.70 | **Arnold Baker** | 3910 Jena St<br>New Orleans, LA 70125 | **Jefferson Parish Tax assessor** | ☐ D _____<br>■ E/F __3.22__<br>☐ G _____ |
| 2.71 | **Arnold Baker** | 3910 Jena St<br>New Orleans, LA 70125 | **John Georges** | ☐ D _____<br>■ E/F __3.23__<br>☐ G _____ |
| 2.72 | **Arnold Baker** | 3910 Jena St<br>New Orleans, LA 70125 | **LCCI, LLC** | ☐ D _____<br>■ E/F __3.24__<br>☐ G _____ |
| 2.73 | **Arnold Baker** | 3910 Jena St<br>New Orleans, LA 70125 | **Louisiana Department of Revenue** | ☐ D _____<br>■ E/F __2.1__<br>☐ G _____ |
| 2.74 | **Arnold Baker** | 3910 Jena St<br>New Orleans, LA 70125 | **Masonry Products** | ☐ D _____<br>■ E/F __3.26__<br>☐ G _____ |
| 2.75 | **Arnold Baker** | 3910 Jena St<br>New Orleans, LA 70125 | **Mercedes Benz Financial Services** | ☐ D _____<br>■ E/F __3.27__<br>☐ G _____ |
| 2.76 | **Arnold Baker** | 3910 Jena St<br>New Orleans, LA 70125 | **Orleans parish assessors** | ☐ D _____<br>■ E/F __3.28__<br>☐ G _____ |
| 2.77 | **Arnold Baker** | 3910 Jena St<br>New Orleans, LA 70125 | **People Ready Inc** | ☐ D _____<br>■ E/F __3.29__<br>☐ G _____ |

| Debtor | **Baker Ready Mix LLC** | | Case number *(if known)* | **17-12166** |

▬ **Additional Page to List More Codebtors**

**Copy this page only if more space is needed.  Continue numbering the lines sequentially from the previous page.**

| Column 1: **Codebtor** | | Column 2: **Creditor** | |
|---|---|---|---|
| 2.78 | **Arnold Baker** | **3910 Jena St**<br>**New Orleans, LA 70125** | **Plaquemines Parish Property Tax** | ☐ D ____<br>■ E/F ___**3.30**___<br>☐ G ____ |
| 2.79 | **Arnold Baker** | **3910 Jena St**<br>**New Orleans, LA 70125** | **R&R Rig Service** | ☐ D ____<br>■ E/F ___**3.31**___<br>☐ G ____ |
| 2.80 | **Arnold Baker** | **3910 Jena St**<br>**New Orleans, LA 70125** | **Refreshment Solutions** | ☐ D ____<br>■ E/F ___**3.32**___<br>☐ G ____ |
| 2.81 | **Arnold Baker** | **3910 Jena St**<br>**New Orleans, LA 70125** | **Retif Oil & Fuel** | ☐ D ____<br>■ E/F ___**3.34**___<br>☐ G ____ |
| 2.82 | **Arnold Baker** | **3910 Jena St**<br>**New Orleans, LA 70125** | **Refuel** | ☐ D ____<br>■ E/F ___**3.33**___<br>☐ G ____ |
| 2.83 | **Arnold Baker** | **3910 Jena St**<br>**New Orleans, LA 70125** | **Sika Corporation** | ☐ D ____<br>■ E/F ___**3.35**___<br>☐ G ____ |
| 2.84 | **Arnold Baker** | **3910 Jena St**<br>**New Orleans, LA 70125** | **SOS Truck Repair** | ☐ D ____<br>■ E/F ___**3.36**___<br>☐ G ____ |
| 2.85 | **Arnold Baker** | **3910 Jena St**<br>**New Orleans, LA 70125** | **Southern Tire Mart** | ☐ D ____<br>■ E/F ___**3.37**___<br>☐ G ____ |

Software Copyright (c) 1996-2017 Best Case, LLC - www.bestcase.com | Best Case Bankruptcy

| Debtor | **Baker Ready Mix LLC** | Case number *(if known)* | **17-12166** |

---

█ **Additional Page to List More Codebtors**

**Copy this page only if more space is needed.  Continue numbering the lines sequentially from the previous page.**

| *Column 1:* **Codebtor** | | *Column 2:* **Creditor** | |
|---|---|---|---|
| 2.86 | **Arnold Baker** | **3910 Jena St**<br>**New Orleans, LA 70125** | **State Machinery** | ☐ D _____<br>■ E/F ___3.38___<br>☐ G _____ |
| 2.87 | **Arnold Baker** | **3910 Jena St**<br>**New Orleans, LA 70125** | **System Scale Corporation** | ☐ D _____<br>■ E/F ___3.39___<br>☐ G _____ |
| 2.88 | **Arnold Baker** | **3910 Jena St**<br>**New Orleans, LA 70125** | **Technical Coating Services** | ☐ D _____<br>■ E/F ___3.40___<br>☐ G _____ |
| 2.89 | **Arnold Baker** | **3910 Jena St**<br>**New Orleans, LA 70125** | **The Beta Group** | ☐ D _____<br>■ E/F ___3.41___<br>☐ G _____ |
| 2.90 | **Arnold Baker** | **3910 Jena St**<br>**New Orleans, LA 70125** | **The Schafer Group** | ☐ D _____<br>■ E/F ___3.42___<br>☐ G _____ |
| 2.91 | **Arnold Baker** | **3910 Jena St**<br>**New Orleans, LA 70125** | **Travelers** | ☐ D _____<br>■ E/F ___3.43___<br>☐ G _____ |
| 2.92 | **Arnold Baker** | **3910 Jena St**<br>**New Orleans, LA 70125** | **United Rentals** | ☐ D _____<br>■ E/F ___3.44___<br>☐ G _____ |
| 2.93 | **Arnold Baker** | **3910 Jena St**<br>**New Orleans, LA 70125** | **Verizon Wireless** | ☐ D _____<br>■ E/F ___3.45___<br>☐ G _____ |

Software Copyright (c) 1996-2017 Best Case, LLC - www.bestcase.com       Best Case Bankruptcy

| Debtor | **Baker Ready Mix LLC** | Case number *(if known)* | **17-12166** |

**Additional Page to List More Codebtors**

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the previous page.

| Column 1: **Codebtor** | | Column 2: **Creditor** | |
|---|---|---|---|
| 2.94 **Arnold Baker** | 3910 Jena St<br>New Orleans, LA 70125 | **Waypoint Analytical** | ☐ D _____<br>■ E/F   **3.46**<br>☐ G _____ |
| 2.95 **Arnold Baker** | 3910 Jena St<br>New Orleans, LA 70125 | **WJS Enterprises** | ☐ D _____<br>■ E/F   **3.47**<br>☐ G _____ |

**Fill in this information to identify the case:**

Debtor name **Baker Ready Mix LLC**

United States Bankruptcy Court for the: EASTERN DISTRICT OF LOUISIANA

Case number (if known) **17-12166**

■ Check if this is an amended filing

## Official Form 207
## Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy          04/16

The debtor must answer every question. If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and case number (if known).

**Part 1:    Income**

1.  **Gross revenue from business**

    ☐ None.

| Identify the beginning and ending dates of the debtor's fiscal year, which may be a calendar year | Sources of revenue<br>Check all that apply | Gross revenue<br>(before deductions and exclusions) |
|---|---|---|
| **For year before that:**<br>From  **1/01/2015** to **12/31/2015** | ■ Operating a business<br>☐ Other _____ | **$4,162,518.00** |

2.  **Non-business revenue**
    Include revenue regardless of whether that revenue is taxable. *Non-business income* may include interest, dividends, money collected from lawsuits, and royalties. List each source and the gross revenue for each separately. Do not include revenue listed in line 1.

    ■ None.

| | Description of sources of revenue | Gross revenue from each source<br>(before deductions and exclusions) |
|---|---|---|

**Part 2:    List Certain Transfers Made Before Filing for Bankruptcy**

3.  **Certain payments or transfers to creditors within 90 days before filing this case**
    List payments or transfers--including expense reimbursements--to any creditor, other than regular employee compensation, within 90 days before filing this case unless the aggregate value of all property transferred to that creditor is less than $6,425. (This amount may be adjusted on 4/01/19 and every 3 years after that with respect to cases filed on or after the date of adjustment.)

    ☐ None.

| | Creditor's Name and Address | Dates | Total amount of value | Reasons for payment or transfer<br>Check all that apply |
|---|---|---|---|---|
| 3.1. | **Blue Cross Blue Shield of Louisiana<br>P.O. Box 98029<br>Baton Rouge, LA 70898** | | **$9,408.36** | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>☐ Services<br>■ Other **employee health insurance** |

Debtor   **Baker Ready Mix LLC**                                     Case number *(if known)* **17-12166**

| Creditor's Name and Address | Dates | Total amount of value | Reasons for payment or transfer<br>*Check all that apply* |
|---|---|---|---|
| 3.2.    **Newell Normand JP Sheriff** | | **$10,235.17** | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>☐ Services<br>■ Other **taxes** |

4. **Payments or other transfers of property made within 1 year before filing this case that benefited any insider**
   List payments or transfers, including expense reimbursements, made within 1 year before filing this case on debts owed to an insider or guaranteed or cosigned by an insider unless the aggregate value of all property transferred to or for the benefit of the insider is less than $6,425. (This amount may be adjusted on 4/01/19 and every 3 years after that with respect to cases filed on or after the date of adjustment.) Do not include any payments listed in line 3. *Insiders* include officers, directors, and anyone in control of a corporate debtor and their relatives; general partners of a partnership debtor and their relatives; affiliates of the debtor and insiders of such affiliates; and any managing agent of the debtor. 11 U.S.C. § 101(31).

   ■ None.

| Insider's name and address<br>Relationship to debtor | Dates | Total amount of value | Reasons for payment or transfer |
|---|---|---|---|

5. **Repossessions, foreclosures, and returns**
   List all property of the debtor that was obtained by a creditor within 1 year before filing this case, including property repossessed by a creditor, sold at a foreclosure sale, transferred by a deed in lieu of foreclosure, or returned to the seller. Do not include property listed in line 6.

   ☐ None

| Creditor's name and address | Describe of the Property | Date | Value of property |
|---|---|---|---|
| **GE Capital Retail Bank**<br>**Post Office Box 960061**<br>**Orlando, FL 32896** | **(5) Five  2015 Freightliner 114SD Trucks** | | **Unknown** |
| **Mercedes Benz Financial Services**<br>**BK Servicing**<br>**P.O. Box 131265**<br>**Saint Paul, MN 55113-0011** | **(7) Seven  2015 Freighliner 114SD Trucks** | | **Unknown** |
| **Wells Fargo Bank**<br>**P.O. Box 536210**<br>**Atlanta, GA 30353-6210** | **2015 Hyundai HL 757- A Wheel Loader** | | **Unknown** |

6. **Setoffs**
   List any creditor, including a bank or financial institution, that within 90 days before filing this case set off or otherwise took anything from an account of the debtor without permission or refused to make a payment at the debtor's direction from an account of the debtor because the debtor owed a debt.

   ■ None.

| Creditor's name and address | Description of the action creditor took | Date action was taken | Amount |
|---|---|---|---|

**Part 3:**   **Legal Actions or Assignments**

7. **Legal actions, administrative proceedings, court actions, executions, attachments, or governmental audits**
   List the legal actions, proceedings, investigations, arbitrations, mediations, and audits by federal or state agencies in which the debtor was involved in any capacity—within 1 year before filing this case.

   ☐ None.

| Case title<br>Case number | Nature of case | Court or agency's name and address | Status of case |
|---|---|---|---|

| Debtor | **Baker Ready Mix LLC** | Case number *(if known)* **17-12166** |
|---|---|---|

| | Case title<br>Case number | Nature of case | Court or agency's name and address | Status of case |
|---|---|---|---|---|
| 7.1. | Southern Aggregates, LLC vs Baker Ready<br>2017-05214 | | Civil District Court<br>421 Loyola Ave., RM 402<br>New Orleans, LA 70112 | ☐ Pending<br>☐ On appeal<br>■ Concluded |
| 7.2. | Lone Star Industries Inc d/b/a Buzzi vs Baker Ready<br>2017-05179 | | Civil District Court<br>421 Loyola Ave., RM 402<br>New Orleans, LA 70112 | ■ Pending<br>☐ On appeal<br>☐ Concluded |
| 7.3. | BMO Harris Bank, vs N.A.Baker Ready<br>2017-00620 | Civil | Civil District Court<br>421 Loyola Ave., RM 402<br>New Orleans, LA 70112 | ☐ Pending<br>☐ On appeal<br>■ Concluded |
| 7.4. | ASAP Employment Services vs Baker Ready<br>2017-00161 | Civil | Civil District Court<br>421 Loyola Ave., RM 402<br>New Orleans, LA 70112 | ■ Pending<br>☐ On appeal<br>☐ Concluded |
| 7.5. | Wilhelmina Brown Kendrick vs Baker Ready<br>2016-02200 | Civil | Civil District Court<br>421 Loyola Ave., RM 402<br>New Orleans, LA 70112 | ■ Pending<br>☐ On appeal<br>☐ Concluded |
| 7.6. | CBD Construction Services LLC vs Baker Ready<br>2013-07638 | Civil | Civil District Court<br>421 Loyola Ave., RM 402<br>New Orleans, LA 70112 | ■ Pending<br>☐ On appeal<br>☐ Concluded |

**8. Assignments and receivership**

List any property in the hands of an assignee for the benefit of creditors during the 120 days before filing this case and any property in the hands of a receiver, custodian, or other court-appointed officer within 1 year before filing this case.

■ None

**Part 4:    Certain Gifts and Charitable Contributions**

9. List all gifts or charitable contributions the debtor gave to a recipient within 2 years before filing this case unless the aggregate value of the gifts to that recipient is less than $1,000

■ None

| Recipient's name and address | Description of the gifts or contributions | Dates given | Value |
|---|---|---|---|

**Part 5:    Certain Losses**

10. All losses from fire, theft, or other casualty within 1 year before filing this case.

■ None

| Description of the property lost and how the loss occurred | Amount of payments received for the loss | Dates of loss | Value of property lost |
|---|---|---|---|
| | If you have received payments to cover the loss, for example, from insurance, government compensation, or tort liability, list the total received.<br><br>List unpaid claims on Official Form 106A/B *(Schedule A/B: Assets – Real and Personal Property)*. | | |

**Part 6:    Certain Payments or Transfers**

11. **Payments related to bankruptcy**

| Debtor | **Baker Ready Mix LLC** | Case number *(if known)* **17-12166** |
|---|---|---|

List any payments of money or other transfers of property made by the debtor or person acting on behalf of the debtor within 1 year before the filing of this case to another person or entity, including attorneys, that the debtor consulted about debt consolidation or restructuring, seeking bankruptcy relief, or filing a bankruptcy case.

☐ None.

| | Who was paid or who received the transfer? Address | If not money, describe any property transferred | Dates | Total amount or value |
|---|---|---|---|---|
| 11.1. | **Edwin M. Shorty, Jr. & Associates 650 Poydras Ave., Ste 2515 New Orleans, LA 70130** | **Attorney Fees** | **2/17/2017** | **$15,000.00** |
| | Email or website address **EShorty@eshortylawoffice.com** | | | |
| | Who made the payment, if not debtor? | | | |

**12. Self-settled trusts of which the debtor is a beneficiary**
List any payments or transfers of property made by the debtor or a person acting on behalf of the debtor within 10 years before the filing of this case to a self-settled trust or similar device.
Do not include transfers already listed on this statement.

■ None.

| Name of trust or device | Describe any property transferred | Dates transfers were made | Total amount or value |
|---|---|---|---|

**13. Transfers not already listed on this statement**
List any transfers of money or other property by sale, trade, or any other means made by the debtor or a person acting on behalf of the debtor within 2 years before the filing of this case to another person, other than property transferred in the ordinary course of business or financial affairs. Include both outright transfers and transfers made as security. Do not include gifts or transfers previously listed on this statement.

■ None.

| Who received transfer? Address | Description of property transferred or payments received or debts paid in exchange | Date transfer was made | Total amount or value |
|---|---|---|---|

| **Part 7:** | Previous Locations |
|---|---|

**14. Previous addresses**
List all previous addresses used by the debtor within 3 years before filing this case and the dates the addresses were used.

■ Does not apply

| Address | Dates of occupancy From-To |
|---|---|

| **Part 8:** | Health Care Bankruptcies |
|---|---|

**15. Health Care bankruptcies**
Is the debtor primarily engaged in offering services and facilities for:
- diagnosing or treating injury, deformity, or disease, or
- providing any surgical, psychiatric, drug treatment, or obstetric care?

■ No. Go to Part 9.
☐ Yes. Fill in the information below.

| Facility name and address | Nature of the business operation, including type of services the debtor provides | If debtor provides meals and housing, number of patients in debtor's care |
|---|---|---|

Software Copyright (c) 1996-2017 Best Case, LLC - www.bestcase.com　　Best Case Bankruptcy

| Debtor | **Baker Ready Mix LLC** | | Case number *(if known)* | **17-12166** |
|---|---|---|---|---|

---

### Part 9:   Personally Identifiable Information

**16. Does the debtor collect and retain personally identifiable information of customers?**

- ■ No.
- ☐ Yes. State the nature of the information collected and retained.

**17. Within 6 years before filing this case, have any employees of the debtor been participants in any ERISA, 401(k), 403(b), or other pension or profit-sharing plan made available by the debtor as an employee benefit?**

- ☐ No. Go to Part 10.
- ■ Yes. Does the debtor serve as plan administrator?

    - ☐ No Go to Part 10.
    - ■ Yes. Fill in below:

| Name of plan | Employer identification number of the plan |
|---|---|
| **401K** | EIN: |

Has the plan been terminated?
- ☐ No
- ■ Yes

---

### Part 10:   Certain Financial Accounts, Safe Deposit Boxes, and Storage Units

**18. Closed financial accounts**
Within 1 year before filing this case, were any financial accounts or instruments held in the debtor's name, or for the debtor's benefit, closed, sold, moved, or transferred?
Include checking, savings, money market, or other financial accounts; certificates of deposit; and shares in banks, credit unions, brokerage houses, cooperatives, associations, and other financial institutions.

☐ None

| | Financial Institution name and Address | Last 4 digits of account number | Type of account or instrument | Date account was closed, sold, moved, or transferred | Last balance before closing or transfer |
|---|---|---|---|---|---|
| 18.1. | **Iberia Bank** **P.O. Box 12440** **New Iberia, LA 70562-2440** | **XXXX-** | ■ Checking ☐ Savings ☐ Money Market ☐ Brokerage ☐ Other___ | | **Unknown** |

**19. Safe deposit boxes**
List any safe deposit box or other depository for securities, cash, or other valuables the debtor now has or did have within 1 year before filing this case.

■ None

| Depository institution name and address | Names of anyone with access to it Address | Description of the contents | Do you still have it? |
|---|---|---|---|

**20. Off-premises storage**
List any property kept in storage units or warehouses within 1 year before filing this case. Do not include facilities that are in a part of a building in which the debtor does business.

■ None

| Facility name and address | Names of anyone with access to it | Description of the contents | Do you still have it? |
|---|---|---|---|

---

Software Copyright (c) 1996-2017 Best Case, LLC - www.bestcase.com   Best Case Bankruptcy

| Debtor | **Baker Ready Mix LLC** | Case number *(if known)* **17-12166** |
|---|---|---|

---

**Part 11:**   Property the Debtor Holds or Controls That the Debtor Does Not Own

21. **Property held for another**
    List any property that the debtor holds or controls that another entity owns. Include any property borrowed from, being stored for, or held in trust. Do not list leased or rented property.

    ■ None

---

**Part 12:**   Details About Environment Information

For the purpose of Part 12, the following definitions apply:

   *Environmental law* means any statute or governmental regulation that concerns pollution, contamination, or hazardous material, regardless of the medium affected (air, land, water, or any other medium).

   *Site* means any location, facility, or property, including disposal sites, that the debtor now owns, operates, or utilizes or that the debtor formerly owned, operated, or utilized.

   *Hazardous material* means anything that an environmental law defines as hazardous or toxic, or describes as a pollutant, contaminant, or a similarly harmful substance.

**Report all notices, releases, and proceedings known, regardless of when they occurred.**

22. **Has the debtor been a party in any judicial or administrative proceeding under any environmental law? Include settlements and orders.**

    ■ No.
    ☐ Yes. Provide details below.

| Case title Case number | Court or agency name and address | Nature of the case | Status of case |
|---|---|---|---|

23. **Has any governmental unit otherwise notified the debtor that the debtor may be liable or potentially liable under or in violation of an environmental law?**

    ☐ No.
    ☐ Yes. Provide details below.

| Site name and address | Governmental unit name and address | Environmental law, if known | Date of notice |
|---|---|---|---|
| **Baker Ready Mix LLC 2800 Frenchmen Street New Orleans, LA 70122** | **Environmental Quality Department 201 Evans Road #402 New Orleans, LA 70123** | | |

24. **Has the debtor notified any governmental unit of any release of hazardous material?**

    ■ No.
    ☐ Yes. Provide details below.

| Site name and address | Governmental unit name and address | Environmental law, if known | Date of notice |
|---|---|---|---|

---

**Part 13:**   Details About the Debtor's Business or Connections to Any Business

25. **Other businesses in which the debtor has or has had an interest**
    List any business for which the debtor was an owner, partner, member, or otherwise a person in control within 6 years before filing this case. Include this information even if already listed in the Schedules.

    ■ None

| Business name address | Describe the nature of the business | Employer Identification number Do not include Social Security number or ITIN. Dates business existed |
|---|---|---|

26. **Books, records, and financial statements**

---

| Debtor | **Baker Ready Mix LLC** | Case number *(if known)* | **17-12166** |
|---|---|---|---|

26a. List all accountants and bookkeepers who maintained the debtor's books and records within 2 years before filing this case.

☐ None

| Name and address | Date of service From-To |
|---|---|
| 26a.1. **Karen Mccrossen** | **04/2006-current** |
| 26a.2. **Faith Seghers** | **01/2015-08/2016** |

26b. List all firms or individuals who have audited, compiled, or reviewed debtor's books of account and records or prepared a financial statement within 2 years before filing this case.

☐ None

| Name and address | Date of service From-To |
|---|---|
| 26b.1. **Karren Mc Crossen** | **04/2006-current** |

26c. List all firms or individuals who were in possession of the debtor's books of account and records when this case is filed.

☐ None

| Name and address | If any books of account and records are unavailable, explain why |
|---|---|
| 26c.1. **Karen McCrossen** | |

26d. List all financial institutions, creditors, and other parties, including mercantile and trade agencies, to whom the debtor issued a financial statement within 2 years before filing this case.

☐ None

| Name and address |
|---|
| 26d.1. **First NBC Bank** **210 Baronne Street** **New Orleans, LA 70112** |

27. **Inventories**

Have any inventories of the debtor's property been taken within 2 years before filing this case?

☐ No
☑ Yes. Give the details about the two most recent inventories.

| | Name of the person who supervised the taking of the inventory | Date of inventory | The dollar amount and basis (cost, market, or other basis) of each inventory |
|---|---|---|---|
| 27.1. | **Whitney Baker** | **1/31/2017** | |
| | Name and address of the person who has possession of inventory records | | |
| | **unknown** | | |

28. **List the debtor's officers, directors, managing members, general partners, members in control, controlling shareholders, or other people in control of the debtor at the time of the filing of this case.**

| Debtor | Baker Ready Mix LLC | Case number (if known) | 17-12166 |

| Name | Address | Position and nature of any interest | % of interest, if any |
|---|---|---|---|
| WDD Investment Holdings | 8059 Winners Cir<br>Mandeville, LA 70448 | | 49% |

| Name | Address | Position and nature of any interest | % of interest, if any |
|---|---|---|---|
| Arnold Baker | 2800 Frenchmen Street<br>New Orleans, LA 70122 | | 51 |

29. **Within 1 year before the filing of this case, did the debtor have officers, directors, managing members, general partners, members in control of the debtor, or shareholders in control of the debtor who no longer hold these positions?**

☑ No
☐ Yes. Identify below.

30. **Payments, distributions, or withdrawals credited or given to insiders**
Within 1 year before filing this case, did the debtor provide an insider with value in any form, including salary, other compensation, draws, bonuses, loans, credits on loans, stock redemptions, and options exercised?

☐ No
☑ Yes. Identify below.

|  | Name and address of recipient | Amount of money or description and value of property | Dates | Reason for providing the value |
|---|---|---|---|---|
| 30.1. | Arnold Baker | $54,250.14 | 9/14/2016-7/5/2017 | Payroll |
| | Relationship to debtor<br>Employer- Baker Ready Mix | | | |
| 30.2. | Whitney Baker | $48,395.91 | 9/14/2016 thru 8/4/2017 | Payroll |
| | Relationship to debtor<br>Employer- Baker Ready Mix | | | |

31. **Within 6 years before filing this case, has the debtor been a member of any consolidated group for tax purposes?**

☑ No
☐ Yes. Identify below.

| Name of the parent corporation | Employer Identification number of the parent corporation |
|---|---|
| | |

32. **Within 6 years before filing this case, has the debtor as an employer been responsible for contributing to a pension fund?**

☑ No
☐ Yes. Identify below.

| Name of the parent corporation | Employer Identification number of the parent corporation |
|---|---|
| | |

**Part 14:   Signature and Declaration**

**WARNING** -- Bankruptcy fraud is a serious crime.  Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both.
18 U.S.C. §§ 152, 1341, 1519, and 3571.

I have examined the information in this *Statement of Financial Affairs* and any attachments and have a reasonable belief that the information is true

Software Copyright (c) 1996-2017 Best Case, LLC - www.bestcase.com    Best Case Bankruptcy

Debtor    **Baker Ready Mix LLC**                                        Case number *(if known)* **17-12166**

and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on    **September 29, 2017**

**/s/ Arnold Baker**                                    **Arnold Baker**
Signature of individual signing on behalf of the debtor     Printed name

Position or relationship to debtor    **Owner**

**Are additional pages to *Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy* (Official Form 207) attached?**

■ No
☐ Yes