UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF LOUISIANA

IN RE:                                                 CASE NO. 17-12166

**Baker Ready Mix**

DEBTORS                                     SECTION:
                                                           CHAPTER 11
                                                           TAX IDENTIFICATION NO. xx-xxx-7392

## AFFIDAVIT OF PROPOSED ATTORNEY

BEFORE ME, the undersigned Notary Public, personally came and appeared Dwayne P. Smith, under solemn oath avers:

1. That he is an attorney duly admitted to practice law before the courts of Louisiana and the Eastern District of Louisiana.

2. That he practices as Edwin M. Shorty, Jr. & Associates, A.P.L.C., and maintains an office at 650 Poydras Street, Suite 2515, New Orleans, Louisiana 70130:

3. This affidavit is being admitted in connection with the Application of the Debtor to retain Edwin M. Shorty, Jr. & Associates, A.P.L.C., as its counsel in the above-captioned Chapter 11.

4. As of the filing of the Bankruptcy Proceeding, no monies are owed by the Debtor to Edwin M. Shorty, Jr. & Associates, A.P.L.C., for non-bankruptcy matters. Therefore, Edwin M. Shorty, Jr. & Associates, A.P.L.C., is not a creditor of the Debtor. That neither he nor the firm has any connection with Pelican Partners, the Debtor, its creditors, or any other party in interest herein.

5. That neither he nor the Law Firm has any interest adverse to **Baker Ready Mix**.

6. The Debtor has agreed to pay attorney's fees when such is approved by the Court, and or the estate in the matters upon which it may be engaged. In accordance with the Orders of the Court, neither Edwin M. Shorty, Jr. & Associates, A.P.L.C., , nor Dwayne P. Smith, have any agreement with any other entity to share with such entity any future compensation received by Edwin M. Shorty, Jr. & Associates, A.P.L.C., in connection with this case.

7. In addition to the compensation set forth in the application, Edwin M. Shorty, Jr. & Associates, A.P.L.C., , customarily charges its clients for all reimbursable expenses incurred, including photocopying charges, facsimile charges messengers, courier mail, postage, printing, transcripts, filing fees, document retrieval, subject to the approval of this court.

8. Undersigned counsel has explained to Debtor and Debtor understands the Fees and the scope of the engagement for the legal services to be provided to Debtor by Edwin M. Shorty, Jr. & Associates, A.P.L.C., in this case.

9. For the foregoing reasons, the undersigned believes that Dwayne P. Smith is eligible for employment and retention by the Debtor pursuant to Section 327 of the Bankruptcy

Respectfully Submitted:

By: _____
DWAYNE SMITH

_____
NOTARY PUBLIC
MY COMMISSION IS FOR LIFE

HOPE L. HARPER
Notary Public
State of Louisiana
LSBA# 33173
My Commission is for Life