# IN THE UNITED STATES BANKRUPTCY COURT

# EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| **In the Matter of:** | }{ | |
| | }{ | Case No.:17-12166 |
| **BAKER READY MIX, L.L.C.** | }{ | |
| | }{ | Chapter: 11 |
| | }{ | |
| **Debtor(s)** | }{ | Section: "A" |

## RULE 1009-1 STATEMENT

NOW INTO COURT, by and through undersigned counsel, comes Baker Ready Mix, L.L.C., debtor in the above titled and numbered case, who with respect represents:

1.

Debtor desires to amend Schedule A/B in order to correct the appraised value of the property at 1118 Engineer Rd Bellechasse, LA 70037

Respectfully submitted by:

EDWIN M. SHORTY, JR. & ASSOCIATES
A PROFESSIONAL LAW CORPORATION

*Edwin M. Shorty, Jr.*

_____
EDWIN M. SHORTY, JR., LSBA # 28421
NATHAN M. CHIANTELLA, LSBA # 35450
650 Poydras Street, Suite 2515
New Orleans, Louisiana 70130
Phone: (504) 207-1370
Fax:    (504) 207-0850
Email: eshorty@eshortylawoffice.com
Email: nchiantella@eshortylawoffice.com

*Counsel for Debtor, Baker Ready Mix, L.L.C.*

**Fill in this information to identify the case:**

Debtor name **Baker Ready Mix LLC**

United States Bankruptcy Court for the: EASTERN DISTRICT OF LOUISIANA

Case number (if known) **17-12166**

☐ Check if this is an amended filing

Official Form 202
## Declaration Under Penalty of Perjury for Non-Individual Debtors  12/15

An individual who is authorized to act on behalf of a non-individual debtor, such as a corporation or partnership, must sign and submit this form for the schedules of assets and liabilities, any other document that requires a declaration that is not included in the document, and any amendments of those documents. This form must state the individual's position or relationship to the debtor, the identity of the document, and the date. Bankruptcy Rules 1008 and 9011.

WARNING -- Bankruptcy fraud is a serious crime. Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

### Declaration and signature

I am the president, another officer, or an authorized agent of the corporation; a member or an authorized agent of the partnership; or another individual serving as a representative of the debtor in this case.

I have examined the information in the documents checked below and I have a reasonable belief that the information is true and correct:

- ☒ *Schedule A/B: Assets–Real and Personal Property* (Official Form 206A/B)
- ☒ *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 206D)
- ☒ *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 206E/F)
- ☒ *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G)
- ☒ *Schedule H: Codebtors* (Official Form 206H)
- ☒ *Summary of Assets and Liabilities for Non-Individuals* (Official Form 206Sum)
- ☐ Amended *Schedule*
- ☐ *Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders* (Official Form 204)
- ☐ Other document that requires a declaration

I declare under penalty of perjury that the foregoing is true and correct.

Executed on **October 16, 2017**     X **/s/ Arnold Baker**
Signature of individual signing on behalf of debtor

**Arnold Baker**
Printed name

**Owner**
Position or relationship to debtor

**Fill in this information to identify the case:**

Debtor name: **Baker Ready Mix LLC**

United States Bankruptcy Court for the: EASTERN DISTRICT OF LOUISIANA

Case number (if known): **17-12166**

☒ Check if this is an amended filing

# Official Form 206A/B
## Schedule A/B: Assets - Real and Personal Property   12/15

Disclose all property, real and personal, which the debtor owns or in which the debtor has any other legal, equitable, or future interest. Include all property in which the debtor holds rights and powers exercisable for the debtor's own benefit. Also include assets and properties which have no book value, such as fully depreciated assets or assets that were not capitalized. In Schedule A/B, list any executory contracts or unexpired leases. Also list them on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G).

Be as complete and accurate as possible. If more space is needed, attach a separate sheet to this form. At the top of any pages added, write the debtor's name and case number (if known). Also identify the form and line number to which the additional information applies. If an additional sheet is attached, include the amounts from the attachment in the total for the pertinent part.

For Part 1 through Part 11, list each asset under the appropriate category or attach separate supporting schedules, such as a fixed asset schedule or depreciation schedule, that gives the details for each asset in a particular category. List each asset only once. In valuing the debtor's interest, do not deduct the value of secured claims. See the instructions to understand the terms used in this form.

### Part 1: Cash and cash equivalents

1. **Does the debtor have any cash or cash equivalents?**

   ☐ No. Go to Part 2.
   ☒ Yes Fill in the information below.

3. **Checking, savings, money market, or financial brokerage accounts** *(Identify all)*

| | Name of institution (bank or brokerage firm) | Type of account | Last 4 digits of account number | Current value of debtor's interest |
|---|---|---|---|---|
| 3.1. | Allegiance Bank | Business Checking | 2898 | $124.00 |
| 3.2. | First NBC Bank | Business Checking | 1338 | $400.00 |
| 3.3. | Florida Parish Bank | Business Checking | 5542 | $127.00 |
| 3.4. | First Bank & Trust | Business Checking | 6750 | $0.00 |
| 3.5. | Chase Bank | Business Checking | 8768 | $0.00 |

4. **Other cash equivalents** *(Identify all)*

5. **Total of Part 1.**    $651.00
   Add lines 2 through 4 (including amounts on any additional sheets). Copy the total to line 80.

### Part 2: Deposits and Prepayments

Debtor **Baker Ready Mix LLC** Case number *(If known)* **17-12166**
　　　　Name

6. **Does the debtor have any deposits or prepayments?**

   ☐ No. Go to Part 3.
   ■ Yes Fill in the information below.

7. **Deposits, including security deposits and utility deposits**
   Description, including name of holder of deposit

   7.1. **Deposit on workers comp insurance** $6,237.00

8. **Prepayments, including prepayments on executory contracts, leases, insurance, taxes, and rent**
   Description, including name of holder of prepayment

9. **Total of Part 2.** $6,237.00
   Add lines 7 through 8. Copy the total to line 81.

Part 3: **Accounts receivable**

10. **Does the debtor have any accounts receivable?**

    ☐ No. Go to Part 4.
    ■ Yes Fill in the information below.

11. **Accounts receivable**

    11a. 90 days old or less: **178,989.00** - **143,989.00** = .... $35,000.00
    　　　　　　　　　　　　　face amount　　　　　doubtful or uncollectible accounts

12. **Total of Part 3.** $35,000.00
    Current value on lines 11a + 11b = line 12. Copy the total to line 82.

Part 4: **Investments**
13. **Does the debtor own any investments?**

    ■ No. Go to Part 5.
    ☐ Yes Fill in the information below.

Part 5: **Inventory, excluding agriculture assets**
18. **Does the debtor own any inventory (excluding agriculture assets)?**

    ■ No. Go to Part 6.
    ☐ Yes Fill in the information below.

Part 6: **Farming and fishing-related assets (other than titled motor vehicles and land)**
27. **Does the debtor own or lease any farming and fishing-related assets (other than titled motor vehicles and land)?**

    ■ No. Go to Part 7.
    ☐ Yes Fill in the information below.

Part 7: **Office furniture, fixtures, and equipment; and collectibles**
38. **Does the debtor own or lease any office furniture, fixtures, equipment, or collectibles?**

    ☐ No. Go to Part 8.
    ■ Yes Fill in the information below.

Debtor **Baker Ready Mix LLC** Case number *(If known)* **17-12166**
     Name

| General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| 39. **Office furniture**<br>**(15) Desk Credenzas**<br>**(7) Wood Book Cases**<br>**(22) Desk Chairs**<br>**(19 Folding Chairs**<br>**(16) Guest/ side chairs**<br>**(2) Folding Tables**<br>**(6) Tables (20' x 8)**<br>**(6) Tables (2' x 5)**<br>**(5) desktop Computers**<br>**(6) 4 drawers legal file cabinets**<br>**(1) 2 drawer letter file cabinet**<br>**(4) 2 drawer letter file cabinet**<br>**(4) 3 drawer letter file cabinet**<br>**(5) 2 drawer lateral file cabinet**<br>**(15) desks , credenzas, desk returns**<br>**(12)- 4 drawer letter file cabinet** | $0.00 | Comparable sale | $10,000.00 |
| 40. **Office fixtures** | | | |
| 41. **Office equipment, including all computer equipment and communication systems equipment and software**<br>**(12) IWATSU Telephone system** | $0.00 | Comparable sale | $600.00 |
| **(8) Security System with Cameras** | Unknown | | Unknown |
| **(2) Trailer 12x 70**<br>**Debtor didnt specify type** | Unknown | | Unknown |
| **Command Batch Computer Software** | Unknown | | Unknown |
| 42. **Collectibles** *Examples*: Antiques and figurines; paintings, prints, or other artwork; books, pictures, or other art objects; china and crystal; stamp, coin, or baseball card collections; other collections, memorabilia, or collectibles | | | |
| 43. **Total of Part 7.**<br>Add lines 39 through 42. Copy the total to line 86. | | | $10,600.00 |

44. **Is a depreciation schedule available for any of the property listed in Part 7?**
    ■ No
    ☐ Yes

45. **Has any of the property listed in Part 7 been appraised by a professional within the last year?**
    ■ No
    ☐ Yes

Part 8:  **Machinery, equipment, and vehicles**

46. **Does the debtor own or lease any machinery, equipment, or vehicles?**

☐ No. Go to Part 9.
■ Yes Fill in the information below.

Official Form 206A/B         Schedule A/B Assets - Real and Personal Property         page 3

| Debtor | **Baker Ready Mix LLC** | | Case number *(If known)* **17-12166** |
|---|---|---|---|
| | Name | | |

| | General description<br>Include year, make, model, and identification numbers<br>(i.e., VIN, HIN, or N-number) | Net book value of debtor's interest<br>(Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|
| 47. | **Automobiles, vans, trucks, motorcycles, trailers, and titled farm vehicles** | | | |
| 47.1. | **2005 Daewoo Forklit G25E** | **$0.00** | **Comparable sale** | **$8,000.00** |
| 47.2. | **Metal Block Forms**<br>**Debtor didnt provide a detail description** | **Unknown** | | **Unknown** |
| 47.3. | **front end loader** | **Unknown** | | **$0.00** |
| 48. | **Watercraft, trailers, motors, and related accessories** *Examples:* Boats, trailers, motors, floating homes, personal watercraft, and fishing vessels | | | |
| 49. | **Aircraft and accessories** | | | |
| 50. | **Other machinery, fixtures, and equipment (excluding farm machinery and equipment)**<br>**(2) Two 20 ' shipping containers converted with electrict, climate control, insulation, shelving (batch house)** | **$0.00** | **Comparable sale** | **$4,000.00** |
| | **(1) One 20 ' shipping container converted with electrict, climate control, insulation, shelving ( File Room)** | **$0.00** | **Comparable sale** | **$2,000.00** |
| | **(1) One  20 ' shipping container for standard storage** | **$0.00** | **Comparable sale** | **$1,500.00** |
| | **2008 Generator (sept Terex Super quiet Diesel** | **Unknown** | | **Unknown** |
| | **Dell power edge t320 Server** | **Unknown** | | **$0.00** |
| | **Rexcon Logo 10 Transit mix Batch plant Sn 2280. (150 yard per capacity)** | **Unknown** | | **Unknown** |
| | **1- cpe power station generator  5000 wt** | **Unknown** | | **Unknown** |
| | **1 geerac wt generator** | **$0.00** | **Comparable sale** | **$500.00** |
| | **1 John deere 6000 generator** | **Unknown** | **Comparable sale** | **$2,000.00** |
| | **1 rigid 8000 generator** | **$0.00** | **Comparable sale** | **$2,500.00** |
| 51. | **Total of Part 8.**<br>Add lines 47 through 50.  Copy the total to line 87. | | | **$20,500.00** |

| Debtor | **Baker Ready Mix LLC** | Case number *(If known)* **17-12166** |
|---|---|---|
| | Name | |

52. **Is a depreciation schedule available for any of the property listed in Part 8?**
   ■ No
   ☐ Yes

53. **Has any of the property listed in Part 8 been appraised by a professional within the last year?**
   ■ No
   ☐ Yes

### Part 9: Real property

54. **Does the debtor own or lease any real property?**

   ☐ No. Go to Part 10.
   ■ Yes Fill in the information below.

55. **Any building, other improved real estate, or land which the debtor owns or in which the debtor has an interest**

| Description and location of property<br>Include street address or other description such as Assessor Parcel Number (APN), and type of property (for example, acreage, factory, warehouse, apartment or office building, if available. | Nature and extent of debtor's interest in property | Net book value of debtor's interest<br>(Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|
| 55.1. **1118 Engineer Rd Bellechase, LA 70037** | **Ownership** | **Unknown** | | **$374,547.00** |

56. **Total of Part 9.**                                                                                                                                 **$374,547.00**
   Add the current value on lines 55.1 through 55.6 and entries from any additional sheets.
   Copy the total to line 88.

57. **Is a depreciation schedule available for any of the property listed in Part 9?**
   ■ No
   ☐ Yes

58. **Has any of the property listed in Part 9 been appraised by a professional within the last year?**
   ■ No
   ☐ Yes

### Part 10: Intangibles and intellectual property

59. **Does the debtor have any interests in intangibles or intellectual property?**

   ■ No. Go to Part 11.
   ☐ Yes Fill in the information below.

### Part 11: All other assets

70. **Does the debtor own any other assets that have not yet been reported on this form?**
   Include all interests in executory contracts and unexpired leases not previously reported on this form.

   ☐ No. Go to Part 12.
   ■ Yes Fill in the information below.

   **Current value of debtor's interest**

71. **Notes receivable**
   Description (include name of obligor)

Debtor **Baker Ready Mix LLC** Case number *(If known)* **17-12166**
      Name

72. **Tax refunds and unused net operating losses (NOLs)**
    Description (for example, federal, state, local)

73. **Interests in insurance policies or annuities**

    **Westco Insurance over payment** — $14,301.60

    **Commission from Cayemitte Insurance Group** — $14,000.00

74. **Causes of action against third parties (whether or not a lawsuit has been filed)**

75. **Other contingent and unliquidated claims or causes of action of every nature, including counterclaims of the debtor and rights to set off claims**

    **CBD Construction witheld payment from Baker Ready mix due to alleged defective concrete** — $0.00
    Nature of claim
    Amount requested    $87,980.00

    **Crown Roofing ( Armstrong Park)** — Unknown
    Nature of claim
    Amount requested    $185,376.00

76. **Trusts, equitable or future interests in property**

77. **Other property of any kind not already listed** *Examples:* Season tickets, country club membership

78. **Total of Part 11.** — $28,301.60
    Add lines 71 through 77. Copy the total to line 90.

79. **Has any of the property listed in Part 11 been appraised by a professional within the last year?**
    ■ No
    ☐ Yes

Debtor **Baker Ready Mix LLC**     Case number *(If known)* **17-12166**
    Name

## Part 12: Summary

**In Part 12 copy all of the totals from the earlier parts of the form**

| # | Type of property | Current value of personal property | Current value of real property |
|---|---|---|---|
| 80. | **Cash, cash equivalents, and financial assets.** *Copy line 5, Part 1* | $651.00 | |
| 81. | **Deposits and prepayments.** *Copy line 9, Part 2.* | $6,237.00 | |
| 82. | **Accounts receivable.** *Copy line 12, Part 3.* | $35,000.00 | |
| 83. | **Investments.** *Copy line 17, Part 4.* | $0.00 | |
| 84. | **Inventory.** *Copy line 23, Part 5.* | $0.00 | |
| 85. | **Farming and fishing-related assets.** *Copy line 33, Part 6.* | $0.00 | |
| 86. | **Office furniture, fixtures, and equipment; and collectibles.** *Copy line 43, Part 7.* | $10,600.00 | |
| 87. | **Machinery, equipment, and vehicles.** *Copy line 51, Part 8.* | $20,500.00 | |
| 88. | **Real property.** *Copy line 56, Part 9.........>* | | $374,547.00 |
| 89. | **Intangibles and intellectual property.** *Copy line 66, Part 10.* | $0.00 | |
| 90. | **All other assets.** *Copy line 78, Part 11.* | + $28,301.60 | |
| 91. | **Total.** Add lines 80 through 90 for each column | $101,289.60   + 91b. | $374,547.00 |
| 92. | **Total of all property on Schedule A/B**. Add lines 91a+91b=92 | | $475,836.60 |